UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **BELL,** | : | 3:01cv1961(WWE) |
|     **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **STOP & SHOP,** | : | |
|     **Defendant.** | : | |

**ORDER OF TRANSFER**

    The above captioned case is hereby transferred to the Honorable Ellen B. Burns. All further pleadings or documents in this matter should be filed with the Clerk's Office in New Haven and bear the docket number 3:01cv1961(EBB). Pleadings or documents related to the aforementioned proceedings and filed in any other seat of court will be refused at the Clerk's Office and returned unfiled. <u>See</u> Local Rule 7(a).

    SO ORDERED this 30th day of October, 2003 at Bridgeport, Connecticut.

_____/s/_____
Warren W. Eginton, Senior United States District Judge