# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PATRICK B. BELL | APPEARANCE | FILED |
| v. | | Nov 17  2 37 PM '03 |
| STOP & SHOP SUPERMARKET COMPANY | CASE NUMBER: 3:01CV1961(EBB) | DISTRICT COURT NEW HAVEN, CONN |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Patrick B. Bell, Plaintiff

---

11/13/03
**Date**

ct24368
**Connecticut Federal Bar Number**

203-407-4200
**Telephone Number**

203-407-4210
**Fax Number**

kdotson@gpsp.com
**E-mail address**

*(Signature)*
**Signature**

Krista A. Dotson
**Print Clearly or Type Name**

Gesmonde, Pietrosimone & Sgrignari, LLC
3127 Whitney Avenue
**Address**

Hamden, CT  06518

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Lynn A. Kappelman, Esq.
Seyfarth Shaw
World Trade Center East
2 Seaport Lane, Suite 300
Boston, MA 02210

*(Signature)*
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001