UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PATRICK B. BELL                         : CIVIL ACTION NO.
                                        : 3:01CV01961 (EBB)
        Plaintiff,              :
VS.                                     :
                                        :
STOP & SHOP SUPERMARKET                 :
COMPANY                                 :
                                        :
        Defendant.              :

FILED
U.S. DISTRICT COURT
NEW HAVEN, CONN.

**DEFENDANT'S SUBMISSION IN RESPONSE TO PRETRIAL ORDER**

Defendant Stop & Shop Supermarket Company (Stop & Shop) hereby submits the following in response to this Court's Pre-Trial Order dated August 27, 2003.

1) **Brief Summary of Case:**

Stop & Shop terminated Patrick Bell in September 2000 for sleeping on the job. Mr. Bell was a high lift operator in the North Haven Grocery Distribution Center ("GDC") for Stop & Shop. He has admitted in his deposition that his eyes were "closed" when his supervisors found him <u>and</u> that he stated to them: "you'll never catch me sleeping again!" He also admitted that sleeping on the job violated Stop & Shop Rules and was grounds for termination. Shop & Shop will present its Shop Rules which state:

> ***The following offenses will result in disciplinary action up to and including suspension or discharge.*** *. . . D. Sleeping on the job. . . . H. Dishonesty (includes stealing time).* (Emphasis in original.)

Bell claims that (1) his supervisors singled him out for strict punishment because of his race; and (2) "a number of other non-African-American employees have been sleeping on the job . . . and were not fired."

Stop & Shop will show at trial that its practice is to discharge each and every employee who is found sleeping on the job—regardless of that employee's race.

2)  **Proposed Voir Dire:**

    See Voir Dire Questions Attached hereto as Exhibit A

3)  **List of Witnesses:**

Stop & Shop will likely call the following witnesses at trial:[1]

    **A.**    **Curt Miller**

Mr. Miller was the GDC Operations Manager at Stop & Shop's North Haven facility at the time of Mr. Bell's termination of employment.

    **B.**    **Robert Roddy**

Robert Roddy was one of Mr. Bell's supervisors at the North haven facility.

    **C.**    **Bill Bednarz**

Bill Bednarz a supervisor at the North Haven facility.

    **D.**    **Steve Jones**

Mr. Bell's supervisor Steve Jones.

    **E.**    **Ed Ruddy**

Mr. Ruddy was the Director of Distribution at the North Haven facility.

    **F.**    **Attorney Norman Zolot**

4)  **List of Exhibits:**

    See Exhibit List Attached hereto as Exhibit B.

---

[1] Stop & Shop reserves the right to supplement this list prior to trial if necessary.

15121809

BO1 15609648.1

5)  **Deposition Designations and Cross-Designations:**

At this time, Stop & Shop anticipates that all of its witnesses will be available for the trial. If that changes, counsel will inform the court immediately

6)  **Proposed Jury Instructions and Interrogatories for Special Verdict Forms (with WordPerfect 10.0 disc):**

    See Jury Instructions Attached hereto as Exhibit C.

    Respectfully Submitted,

    DEFENDANT
    STOP & SHOP SUPERMARKET
    COMPANY

By _____
    Lynn A. Kappelman, Esq. (ct 03480)
    lkappelman@seyfarth.com
    Damian W. Wilmot, Esq. (ct 419418)
    dwilmot@seyfarth.com
    SEYFARTH SHAW
    Two Seaport Lane, Suite 300
    Boston, MA 02210
    (617) 946-4800
    (617) 946-4801

Local Counsel:
Douglas Varga, Esq.
Zeldes, Needle & Cooper
1000 Lafayette Blvd.
Bridgeport, CT 06604

## CERTIFICATE OF SERVICE

    I hereby certify that on November 19, 2003 a copy of the foregoing document was sent by first class mail, postage prepaid to Morris Busca, Esq., Gesmonde, Pietrisimone, Sgrignari & Pinkus, LLC, 3127-3129 Whitney Avenue, Hamden, CT 06518.

_____
Damian W. Wilmot

15121809

                  BO1 15609648.1