UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PATRICK B. BELL | : | CIVIL ACTION NO. |
| | : | 3:01CV01961 (EBB) |
| Plaintiff, | : | |
| VS. | : | |
| | : | |
| STOP & SHOP SUPERMARKET COMPANY | : | |
| | : | |
| Defendant. | : | |

## DEFENDANT'S PROPOSED VOIR DIRE

Defendant Stop & Shop Supermarket Company (Stop & Shop) respectfully submits its proposed voir dire requests.

Personal History
- Please state your name and the city or town in which you live.
- What is your marital status? Please state the names of your spouse, your children, and the names of any other persons with whom you reside.
- Please state the ages of your spouse and children, their level of education and their jobs.
- Do you live in a house or apartment?
- Do you own or rent your place of residence?
- How long have you lived at your current address?
- Where were you born?
- How old are you?
- Have you or any member of your family ever been in the military? If so, when and for how long?
- Knowledge Of Parties, Counsel And Potential Witnesses
- Are you acquainted in any way with the plaintiff in this case, Patrick Bell or his family or friends? If so, please describe the nature and extent of your relationship with the plaintiff.
- Are you acquainted in any way with the defendant in this case, Stop & Shop or it's employees? If so, please describe the nature and extent of your relationship with the defendant.
- Do you know or have you ever had any dealings with plaintiff's attorneys or his law firm, Mickey Busca of the law firm of Gesmonde, Pietrisimone, Sgrignari & Pinkus, LLC? If so, please describe the nature and extent of those contacts.
- Do you know or have you ever had any dealings with defendants' attorneys or their law firm, Seyfarth Shaw? If so, please describe the nature and extent of those contacts.
- Does anyone know any of the following individuals: Curt Miller, Rob Roddy, Steve Jones, Ed Ruddy, Bill Bednarz, or Attorney Norman Zolot.

BO1 15609688.1

- Have you ever been a member of a Union? Is so, which one?
- Have you ever had any dealings with Stop & Shop? If so, please explain.
- Do you know anyone who is now or has been employed at Stop & Shop? If so, please state the name of any person, your relationship with the person, when and where they were employed, and what their job is or was.
- Have you or any member of your family ever applied for any job with Stop & Shop? Did you get the job?
- Are you familiar with, or have you read anything about Stop & Shop? If so, do you hold any favorable or unfavorable view of Stop & Shop?

Litigation History
- Have you, your family, or any friends ever been personally involved in a lawsuit, either as a party, witness or otherwise? If so, please describe the nature of the litigation and your association with it, including the type of case, whether you or the other persons identified were a plaintiff or defendant, and the outcome of the case. In general, what were your feelings about the experience? Did you believe the result was fair or unfair and why?
- Have you, your family, or any close friend ever filed suit or a claim of discrimination, or any other type of charge? If so, please describe the nature of the charge or claim.
- Have you, your family, or any close friend ever filed a grievance, charge, complaint, arbitration lawsuit or other type of protest against an employer? If so, please state the circumstances surrounding the action, including the name of the employer the nature of the protest, when this occurred, the outcome and the other facts and circumstances surrounding the action.

Prior Jury Service
- Have you ever served on a jury before? If so, please state when, the length of your jury service and the nature of the case or cases in which you were involved.
- Did the jury reach a verdict? If not, why not?
- Do you hold any favorable or unfavorable view of your past jury service?
- Please describe your work history.
- Please describe your educational background.

Employment History
- Are you currently employed? If so, please state by whom and in what position. How long have you held that position? If you have been in your present position for less than five years, please give your previous three jobs.
- Are you, or have you ever been, a member of a union at work? If so, please state the name of the union. If you are or have been a member of a union, were you ever involved in a grievance or arbitration procedure against your employer? If so, please describe the nature and extent of your involvement, and your thoughts on the fairness of the grievance and arbitration process.
- By whom is your spouse employed, your children and other members of your immediate family, and any other persons with whom you reside? What jobs or positions do they hold?

- Have you, your spouse, any member of your immediate family, or any persons with whom you reside ever been discharged, demoted, had a job eliminated or not hired for a job you believed you were entitled to? If so, please state when this occurred, the job involved, the employer involved, the reason or reasons given and any other details regarding the situation. Please describe your feelings regarding the manner in which your employer handled the situation.
- Do you believe you, your spouse, any member of your immediate family or any close friend were ever treated or disciplined unfairly by an employer? If so, please describe.
- Have you, your spouse, or any member of your immediate family or close friend ever held any personnel or human resources job? If so, please state the position or positions held and describe your duties performed.
- Have you ever been responsible for or participated in making a decision to discipline, discharge, hire, promote or demote any person? How did you feel about the experience? Did you think the person was treated properly? Did you feel the action was unfair in any way? Please explain.
- Have you ever been a supervisor or a member of management at any place of employment? If so, please state when, for what employer, for how long and in what position.
- Does the fact that this case involves claims of discrimination cause you to feel one way or another about the plaintiff or defendant?
- Have you, or any member of your immediate family or any close friend ever been harassed at work?
- Have you, or any member of your immediate family or any close friend ever felt that they have been discriminated against on the job? If so, please describe the circumstances.
- Have you, any member of your immediate family or any close friend ever been accused of discriminating against another individual on the job? If so, please describe the circumstances.
- Have you, any member of your immediate family or any close friend ever been named as an individual defendant in a lawsuit? If so, please explain the nature of that lawsuit?

Personal Habits
- What do you do in your spare time?
- Do you read newspapers? Which ones?
- Do you read magazines or books? Which magazines or books have you read recently? Do you read any online publications or websites regularly? Which ones?
- What TV shows do you watch?
- What clubs, organizations, or groups do you belong to?
- Do you hold any religious or other beliefs which would preclude you from being fair or impartial?

Medical History
- Do you have any medical problems which might affect your ability to hear or see or otherwise consider evidence presented in the case and deliberate to reach a verdict?
- Do you believe that it is always wrong for a supervisor to become angry with an employee?

3

BO1 15609688.1

Corporations
- Do you feel that just because an individual has sued a company that she is entitled to recover?
- Do you feel any bias or prejudice against Stop & Shop because it is a corporation or because it is a defendant?
- If the evidence justified it, could you find in favor of the defendants, just as easily as for the plaintiff?

General
- If you were a party to this case expecting a fair trial, would you be willing to have a juror with your frame of mind?
- Is there anything in your background about which you think we should know but have not asked that could affect your ability to be a fair and impartial juror in this case?

Dated: November 19, 2003

        Respectfully submitted,
        SEYFARTH SHAW, LLP
        DEFENDANT
        STOP & SHOP SUPERMARKET COMPANY

        By _____
        Lynn A. Kappelman, Esq. (ct 03480)
        lkappelman@seyfarth.com
        Damian W. Wilmot, Esq. (ct 419418)
        dwilmot@seyfarth.com
        SEYFARTH SHAW
        Two Seaport Lane, Suite 300
        Boston, MA 02210
        (617) 946-4800
        (617) 946-4801

Local Counsel:
Douglas Varga, Esq.
Zeldes, Needle & Cooper
1000 Lafayette Blvd.
Bridgeport, CT 06604

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2003 a copy of the foregoing document was sent by first class mail, postage prepaid to Morris Busca, Esq., Gesmonde, Pietrisimone, Sgrignari & Pinkus, LLC, 3127-3129 Whitney Avenue, Hamden, CT 06518.

_____
Damian W. Wilmot

4

BO1 15609688.1