# DEFENDANT'S EXHIBITS[1]

| Number | Description | Identified | Admitted |
|--------|-------------|------------|----------|
| 1 | Federal Court Complaint | | |
| 2 | Plaintiff's Employment Application | | |
| 3 | 10/29/89 Report of Change Form | | |
| 4 | North Haven GDC- Shop Rules | | |
| 5 | 11/22/89 Policy regarding Attendance | | |
| 6 | 11/2/89 Bell Acknowledgment of Shop Rules | | |
| 7 | Stop & Shop Anti-Harassment Policy | | |

---

[1] Defendant reserves the right to supplement this Exhibit list prior to trial.

BO1 15609699.1

| | | | | |
|---|---|---|---|---|
| 8 | | Stop & Shop EEO Policy | | |
| 9 | | 9/21/95 Report of Change Form | | |
| 10 | | 6/25/91 Report of Change Form | | |
| 11 | | 10/29/93 Report of Change Form | | |
| 12 | | 1/4/98 Report of Change Form | | |
| 13 | | Bell Handwritten Drawing of Shop Floor | | |
| 14 | | 9/01/00 Rob Roddy Handwritten Statement | | |
| 15 | | 9/01/00 Curt Miller Typed Statement | | |

| | | | | |
|---|---|---|---|---|
| 16 | | 9/01/00 Report of Change Form | | |
| 17 | | 9/07/00 Report of Change Form | | |
| 18 | | 9/14/00 Report of Change Form | | |
| 19 | | 9/14/00 Ed Ruddy Typed Decision Regarding Hearing | | |
| 20 | | 9/14/00 Letter from Buonapane __ Union Representative | | |
| 21 | | Affidavit of Norman Zoloft dated 1/31/02 | | |
| 22 | | Plaintiff's Responses To Stop & Shop Interrogatories | | |
| 23 | | Plaintiff's Response To Stop & Shop's Requests For Production of Documents | | |

| 24 | Plaintiff's Initial Disclosure | | |
|----|--------------------------------|--|--|
| 25 | Plaintiff Patrick Bell's Deposition | | |