# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| PATRICK B. BELL<br>*Plaintiff* | CIVIL ACTION NO.<br>3:01CV1961(EBB) |
| v. | |
| STOP & SHOP SUPERMARKET CO.<br>*Defendant* | November 25, 2003 |

## MOTION TO WITHDRAW APPEARANCE

Assistant Attorney General Stephen J. Courtney requests leave of the Court to withdraw his appearance on behalf of the plaintiff in the above-captioned matter. In support of this motion, counsel represents as follows: the undersigned was previously a staff attorney with Gesmonde, Pietresimone, Sgrignari, Pinkus & Sachs and was counsel of record when the complaint was originally filed. The undersigned left the employ of said law firm in or about February 2001 and is now with the State of Connecticut, Attorney General's Office. The undersigned has no active involvement in the above-captioned matter and the plaintiff is represented by Morris James Busca, Esq., of the Gesmonde law firm and other associates.

WHEREFORE, the undersigned respectfully requests that his appearance in the above-captioned matter be withdrawn.

BY: _____
Stephen J. Courtney
Assistant Attorney General
Federal Bar No. ct11650
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
E-mail: Stephen.Courtney@po.state.ct.us