UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC 15 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| PATRICK B. BELL | CIVIL ACTION NO: |
| Plaintiff, | 3:01CV01961 (EBB) |
| VS. | |
| STOP & SHOP SUPERMARKET COMPANY | |
| Defendant. | |

### DEFENDANT'S AMENDED SUBMISSION IN RESPONSE TO PRETRIAL ORDER

Defendant Stop & Shop Supermarket Company (Stop & Shop) hereby amends its response to this Court's Pre-Trial Order dated August 27, 2003.

**1)    Brief Summary of Case:**

Stop & Shop terminated Patrick Bell in September 2000 for sleeping on the job. Mr. Bell was a high lift operator in the North Haven Grocery Distribution Center ("GDC") for Stop & Shop. He has admitted in his deposition that his eyes were "closed" when his supervisors found him <u>and</u> that he stated to them: "you'll never catch me sleeping again!" He also admitted that sleeping on the job violated Stop & Shop Rules and was grounds for termination. Shop & Shop will present its Shop Rules which state:

> ***The following offenses will result in disciplinary action up to and including suspension or discharge.*** *. . . D. Sleeping on the job. . . . H. Dishonesty (includes stealing time).* (Emphasis in original.)

Bell claims that (1) his supervisors singled him out for strict punishment because of his race, and (2) "a number of other non-African-American employees have been sleeping on the job . . . and were not fired."

Stop & Shop will show at trial that its practice is to discharge each and every employee who is found sleeping on the job—regardless of that employee's race.

2) **Proposed Voir Dire:**

Stop & Shop's Proposed Voir Dire Questions are attached as Exhibit A to its initial response to this Court's Pre-Trial Order dated November 19, 2003.

3) **List of Witnesses:**

Stop & Shop will likely call the following witnesses at trial:[1]

**A.    Curt Miller**

Mr. Miller was the GDC Operations Manager at Stop & Shop's North Haven facility at the time of Mr. Bell's termination of employment.

**B.    Robert Roddy**

Robert Roddy was one of Mr. Bell's supervisors at the North Haven facility.

**C.    Bill Bednarz**

Bill Bednarz is a supervisor at the North Haven facility.

**D.    Steve Jones**

Steve Jones was one of Mr. Bell's supervisors at the North Haven facility.

**E.    Ed Ruddy**

Mr. Ruddy was the Director of Distribution at the North Haven facility.

**F.    Attorney Norman Zolot**

**G.    Eric Brown**

Eric Brown was one of Mr. Bell's supervisors at Stop & Shop's Meat Distribution Center located in North Haven.

4) **List of Exhibits:**

Stop & Shop's List of Exhibits are attached as Exhibit B to its initial response to this Court's Pre-Trial Order dated November 19, 2003.

---

[1] Stop & Shop reserves the right to supplement this list prior to trial if necessary.

5) **Deposition Designations and Cross-Designations:**

At this time, Stop & Shop anticipates that all of its witnesses will be available for the trial. If that changes, counsel will inform the court immediately.

6) **Proposed Jury Instructions and Interrogatories for Special Verdict Forms (with WordPerfect 10.0 disc):**

Stop & Shop's Proposed Jury Instructions are attached as Exhibit C to its initial response to this Court's Pre-Trial Order dated November 19, 2003.

          Respectfully Submitted,

          DEFENDANT
          STOP & SHOP SUPERMARKET
          COMPANY

By _____
      Lynn A. Kappelman, Esq. (ct 03480)
      lkappelman@seyfarth.com
      Damian W. Wilmot, Esq. (ct 419418)
      dwilmot@seyfarth.com
      SEYFARTH SHAW
      Two Seaport Lane, Suite 300
      Boston, MA 02210
      (617) 946-4800
      (617) 946-4801

Local Counsel:
Douglas Varga, Esq.
Zeldes, Needle & Cooper
1000 Lafayette Blvd.
Bridgeport, CT 06604

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2003 a copy of the foregoing document was sent by first class mail, postage prepaid to Morris Busca, Esq., Gesmonde, Pietrisimone, Sgrignari & Pinkus, LLC, 3127-3129 Whitney Avenue, Hamden, CT 06518.

_____
Damian W. Wilmot

BO1 15616250.1