## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

Jan 7 2 ...

U. C ...
NE... HAV...

| | |
|---|---|
| PATRICK B. BELL | * |
| | * |
| v. | * |
| | * |
| STOP & SHOP SUPERMARKET | * |
| COMPANY | * |
| | * |

CIVIL ACTION NO.

3:01CV1961 (EBB)

**JANUARY 6, 2004**

### PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE
### EEOC DISMISSAL AND NOTICE OF RIGHTS

Plaintiff, Patrick B. Bell, hereby moves in limine for an order of this Court that evidence of

the Dismissal and Notice of Rights issued by the Equal Employment Opportunity Commission in

the charge the plaintiff filed with that agency, Charge No. 161A10329, attached, is inadmissible

and that counsel and all witnesses be instructed to not refer to, mention or comment on it, on the

grounds that any probative value is substantially outweighed by the potential danger of unfair

prejudice by the jury. Fed. R. Evid. 403; *Paolitto v. John Brown E. & C., Inc.*, 151 F.3d 60, 64

(2nd Cir. 1998) (district court's refusal to admit CHRO findings upheld); "EEOC determinations

are not homogeneous products; they vary greatly in quality and factual detail." *Johnson v. Yellow*

*Freight System, Inc.*, 734 F.2d 1304, 1309 (8th Cir. 1984)(EEOC determination admitted in bench

trial, excluded in parallel jury trial).

**PLAINTIFF, PATRICK B. BELL**

By: _____
Morris J. Busca (ct 20200)
Gesmonde, Pietrosimone & Sgrignari L.L.C.
3127 Whitney Avenue
Hamden, CT 06518-2344
(203) 407-4200

## CERTIFICATION

This is to certify that a copy of the foregoing Plaintiff's Motion In Limine to Exclude EEOC Dismissal and Notice of Rights was mailed, via first class, postage prepaid, this 6th day of January, 2004, to Lynn A. Kappelman, Esq., Seyfarth Shaw, Two Seaport Lane, Suite 300, Boston, Massachusetts 02210-2028.

_____
Morris J. Busca

2

# DISMISSAL AND NOTICE OF RIGHTS

To:Patrick Bell
50 Fourth Street, 2nd Floor
Hamden, CT 06514

From: Equal Employment Opportunity Commission
Boston Area Office
John F Kennedy Federal Bldg., Room 475
Boston MA 02203

*On behalf of person(s) aggrieved whose identity is*
[ ] *CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 161A10329 | Rance A. O.Quinn, Supervisor | 617-565-3192 |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability that is covered by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] We cannot investigate your charge because it was not filed within the time limit required by law.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You had 30 days to accept a reasonable settlement offer that afford full relief for the harm you alleged.

[ X ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)* _____

## - NOTICE OF SUIT RIGHTS -
*(See the additional Information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed WITHIN 90 DAYS from your receipt of this Notice; otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

On behalf of the Commission

_____
Robert L. Sanders, Area Director

JUL 3 1 2001

Enclosure(s)

*(Date Mailed)*

cc: Stephen Courtney