UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **PATRICK B. BELL** | * | **CIVIL ACTION NO.** |
| | * | |
| v. | * | 3:01CV1961 (EBB) |
| | * | |
| **STOP & SHOP SUPERMARKET** | * | |
| **COMPANY** | * | |
| | * | |

JANUARY 9, 2004

### PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE DEFENDANT'S TWO PROPOSED SUMMARY EXHIBITS AND PROPOSED EXHIBITS BB THROUGH XX

Plaintiff, Patrick B. Bell, hereby moves in limine for an order of this Court to exclude as inadmissible defendant's proposed summary exhibits and certain defendant's proposed exhibits which were not included either in the defendant's trial memorandum, dated November 19, 2003, or it's supplement, dated December 12, 2003, and were only received by plaintiff's counsel on January 7 and 8, 2004.

On or about November 19, 2003, plaintiff's counsel received defendant's trial memorandum listing defendant's proposed exhibits numbered one (1) through twenty-five (25). **See attached Exhibit A.** On or about December 12, 2003, defendant supplemented its trial memorandum by the addition of a witness but made no change to its exhibit submission. **See attached Exhibit B.**

On or about January 7, 2004, plaintiff's counsel received a three-ring binder of defendant's additional proposed exhibits and list of such exhibits which were re-marked as A through VV. **See attached Exhibit C.** On or about January 8, 2004, plaintiff's counsel received

1

a facsimile copy of another revision to defendant's exhibit list, this time adding two proposed summary charts, labeled "Summary of Arbitrations" and "Employee Stealing Time Chart " as proposed exhibits WW and XX, respectively.  **See attached Exhibit D.**

Plaintiff's counsel seeks a order from this Court excluding as inadmissible those exhibits and summaries not included in defendant's trial memorandum for the following reasons.

Defendant's submission of additional exhibits and summaries are in violation of both the Court's PreTrial Order, dated August 27, 2003, and the Standing Order Regarding Trial Memoranda in Civil Cases.  That Order prohibits the admission of exhibits not listed on such trial memoranda, except as rebuttal and impeachment exhibits.  *Local Rules of Civil Procedure,* Standing Order Regarding Trial Memoranda in Civil Cases, ¶ 11, p. 100.

Defendant has selectively included personnel documents of employees that have been disclosed to the plaintiff only five days before jury selection is to begin, January 13, 2004, and before the trial in this matter is to commence, January 20, 2004.  Plaintiff has had no opportunity to depose the employees or otherwise verify the accuracy of the underlying events to which the proposed documents are offered.  Defendant's surprise disclosures, at the eleventh hour, therefore, prejudices the plaintiff's diligent and timely prosecution of his case.

Such additional proposed exhibits and summaries come after both counsel had a previous telephone conversation, on or about January 5, 2004, whereby agreement had been reached on the parties' proposed exhibits <u>as contained in their respective trial memoranda.</u>

Defendant's additional proposed exhibits and summaries, submitted on the eve of trial, violate Federal Rules of Civil Procedure Rule 26(a)(3) for pretrial disclosure of exhibits.  Pursuant to Rule 26(a)(3), any witnesses, depositions, or exhibits not properly disclosed at least 30 days

2

before trial may be excluded from use at trial. *The Advisory Committee Note to the 1993 Amendment to Rule 26.*

**PLAINTIFF, PATRICK B. BELL**

By: _____
Morris J. Busca (ct 20200)
Gesmonde, Pietrosimone & Sgrignari L.L.C.
3127 Whitney Avenue
Hamden, CT 06518-2344
(203) 407-4200

### CERTIFICATION

This is to certify that a copy of the foregoing Plaintiff's Motion In Limine to Exclude Defendant's Two Proposed Summary Exhibits and Proposed Exhibits BB through XX was mailed, via first class, postage prepaid, and by facsimile transmission this 9th day of January, 2004, to Lynn A. Kappelman, Esq., Seyfarth Shaw, Two Seaport Lane, Suite 300, Boston, Massachusetts 02210-2028.

_____
Morris J. Busca