

# SEYFARTH SHAW LLP
ATTORNEYS

Writer's direct phone
(617) 946 4862

Writer's e-mail
dwilmot@seyfarth.com

World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028
617-946-4800
fax 617-946-4801
www.seyfarth.com

December 12, 2003

**Via Federal Express**
Clerk's Office
United States District Court
141 Church Street
New Haven, CT 06604

Re: Patrick B. Bell v. Stop & Shop Supermarket Company
U.S. District Court, Civil Action No. 3:01CV01961 (EBB)

Dear Sir/Madam:

In connection with the above matter, enclosed please find for filing Defendant's Amended Submission in Response to Pretrial Order.

Please date stamp the enclosed copy of the pleading and return it to our office in the enclosed self-addressed stamped envelope.

Thank you for your attention to this matter.

Very truly yours,

SEYFARTH SHAW LLP

Damian W. Wilmot

:mb
Enclosure
cc: Lynn A. Kappelman, Esquire
Morris J. Busca, Esquire
Douglas Varga, Esquire
James Venable, Esquire
Catherine Stockwell, Esquire

BRUSSELS   WASHINGTON, D.C.   SAN FRANCISCO   SACRAMENTO   NEW YORK   LOS ANGELES   HOUSTON   CHICAGO   BOSTON   ATLANTA

BO1 15616386.1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PATRICK B. BELL | : CIVIL ACTION NO. |
| Plaintiff, | : 3:01CV01961 (EBB) |
| VS. | : |
| STOP & SHOP SUPERMARKET COMPANY | : |
| Defendant. | : |

**DEFENDANT'S AMENDED SUBMISSION IN
RESPONSE TO PRETRIAL ORDER**

Defendant Stop & Shop Supermarket Company (Stop & Shop) hereby amends its response to this Court's Pre-Trial Order dated August 27, 2003.

**1)    Brief Summary of Case:**

Stop & Shop terminated Patrick Bell in September 2000 for sleeping on the job. Mr. Bell was a high lift operator in the North Haven Grocery Distribution Center ("GDC") for Stop & Shop. He has admitted in his deposition that his eyes were "closed" when his supervisors found him and that he stated to them: "you'll never catch me sleeping again!" He also admitted that sleeping on the job violated Stop & Shop Rules and was grounds for termination. Shop & Shop will present its Shop Rules which state:

> ***The following offenses will result in disciplinary action up to and
> including suspension or discharge.*** . . . *D. Sleeping on the job.* . . . *H.
> Dishonesty (includes stealing time).*  (Emphasis in original.)

Bell claims that (1) his supervisors singled him out for strict punishment because of his race, and (2) "a number of other non-African-American employees have been sleeping on the job . . . and were not fired."

Stop & Shop will show at trial that its practice is to discharge each and every employee who is found sleeping on the job—regardless of that employee's race.

2) **Proposed Voir Dire:**

Stop & Shop's Proposed Voir Dire Questions are attached as Exhibit A to its initial response to this Court's Pre-Trial Order dated November 19, 2003.

3) **List of Witnesses:**

Stop & Shop will likely call the following witnesses at trial:[1]

**A.   Curt Miller**

Mr. Miller was the GDC Operations Manager at Stop & Shop's North Haven facility at the time of Mr. Bell's termination of employment.

**B.   Robert Roddy**

Robert Roddy was one of Mr. Bell's supervisors at the North Haven facility.

**C.   Bill Bednarz**

Bill Bednarz is a supervisor at the North Haven facility.

**D.   Steve Jones**

Steve Jones was one of Mr. Bell's supervisors at the North Haven facility.

**E.   Ed Ruddy**

Mr. Ruddy was the Director of Distribution at the North Haven facility.

**F.   Attorney Norman Zolot**

**G.   Eric Brown**

Eric Brown was one of Mr. Bell's supervisors at Stop & Shop's Meat Distribution Center located in North Haven.

4) **List of Exhibits:**

Stop & Shop's List of Exhibits are attached as Exhibit B to its initial response to this Court's Pre-Trial Order dated November 19, 2003.

---

[1] Stop & Shop reserves the right to supplement this list prior to trial if necessary.

5) **Deposition Designations and Cross-Designations:**

At this time, Stop & Shop anticipates that all of its witnesses will be available for the trial. If that changes, counsel will inform the court immediately.

6) **Proposed Jury Instructions and Interrogatories for Special Verdict Forms (with WordPerfect 10.0 disc):**

Stop & Shop's Proposed Jury Instructions are attached as Exhibit C to its initial response to this Court's Pre-Trial Order dated November 19, 2003.

Respectfully Submitted,

DEFENDANT
STOP & SHOP SUPERMARKET
COMPANY

By _____
Lynn A. Kappelman, Esq. (ct 03480)
lkappelman@seyfarth.com
Damian W. Wilmot, Esq. (ct 419418)
dwilmot@seyfarth.com
SEYFARTH SHAW
Two Seaport Lane, Suite 300
Boston, MA 02210
(617) 946-4800
(617) 946-4801

Local Counsel:
Douglas Varga, Esq.
Zeldes, Needle & Cooper
1000 Lafayette Blvd.
Bridgeport, CT 06604

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2003 a copy of the foregoing document was sent by first class mail, postage prepaid to Morris Busca, Esq., Gesmonde, Pietrisimone, Sgrignari & Pinkus, LLC, 3127-3129 Whitney Avenue, Hamden, CT 06518.

_____
Damian W. Wilmot

BO1 15616250.1