UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PATRICK B. BELL

        Plaintiff,

VS.

STOP & SHOP SUPERMARKET
COMPANY

        Defendant.

C. A. No. 3:01CV01961 (WWE)

## DEFENDANT STOP & SHOP SUPERMARKET COMPANY'S PROPOSED EXHIBITS

| Number | Description | Identified | Admitted |
|---|---|---|---|
| A. | Arbitration Award | | |
| B. | EEOC Dismissal | | |
| C. | Federal Court Complaint | ID only | |
| D. | Plaintiff's Employment Application | | |
| E. | 10/29/89 Report of Change Form | | |
| F. | North Haven GDC- Shop Rules | | |
| G. | 11/22/89 Policy regarding Attendance | | |
| H. | 11/2/89 Bell Acknowledgment of Shop Rules | | |
| I. | Stop & Shop Anti-Harassment Policy | | |

BO1 15609699.1

| Number | Description | Identified | Admitted |
|---|---|---|---|
| Y. | Plaintiff's Responses To Stop & Shop's Requests For Production of Documents | ID only | |
| Z. | Plaintiff's Initial Disclosures | ID only | |
| AA. | Plaintiff Patrick Bell's Deposition Transcript | ID only | |
| BB. | Plaintiff's Supplemental Response to Stop & Shop's Requests for Production of Documents | ID only | |
| CC. | Organizational Chart | | |
| DD. | Grievance Documents regarding Frank Battiste | | |
| EE. | Grievance Documents regarding Richard Cruz | | |
| FF. | Grievance Documents regarding Michael Hasty | | |
| GG. | Grievance Documents regarding Ted Holly | | |
| HH. | Grievance Documents regarding Enico Jones | | |
| II. | Grievance Documents regarding John Martin | | |
| JJ. | Grievance Documents regarding Samuel Short | | |
| KK. | Grievance Documents regarding Tim Spruill | | |
| LL. | Grievance Documents regarding James Cole | | |
| MM. | Grievance Documents regarding Yaroslaw Daniw | | |

| Number | Description | Identified | Admitted |
|---|---|---|---|
| J. | Stop & Shop EEO Policy | | |
| K. | 6/25/91 Report of Change Form | ID only | |
| L. | 10/29/93 Report of Change Form | ID only | |
| M. | 9/21/95 Report of Change Form | ID only | |
| N. | 1/4/98 Report of Change Form | | |
| O. | Pictures of Shop Floor | | |
| P. | 9/01/00 Rob Roddy Handwritten Statement | | |
| Q. | 9/01/00 Curt Miller Typed Statement | | |
| R. | 9/01/00 Report of Change Form | | |
| S. | 9/07/00 Report of Change Form | | |
| T. | 9/14/00 Report of Change Form | | |
| U. | 9/14/00 Ed Ruddy Typed Decision Regarding Hearing | | |
| V. | 9/14/00 Letter from Anthony Buonpane, Union Representative | ID only | |
| W. | Affidavit of Norman Zolot dated 1/31/02 | ID only | |
| X. | Plaintiff's Responses To Stop & Shop Interrogatories | ID only | |

BO1 15609699.1

2

| Number | Description | Identified | Admitted |
|--------|-------------|------------|----------|
| NN. | Grievance Documents regarding Curtis Jackson | | |
| OO. | Grievance Documents regarding Albert Lindsay | | |
| PP. | Grievance Documents regarding Billy Madden | | |
| QQ. | Grievance Documents regarding Anthony Milano | | |
| RR. | 4/26/01 Report of Change Form (re: Keith Pascale) | | |
| SS. | Grievance Documents regarding Keith Pascale | | |
| TT. | Grievance Documents regarding Massimo Palma | | |
| UU. | Grievance Documents regarding Gary Pawlowicz | | |
| VV. | Grievance Documents regarding Daryl Smith | | |