# SEYFARTH SHAW
ATTORNEYS

World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028
(617) 946-4800
Fax (617) 946-4801
www.seyfarth.com

## Facsimile Transmission

**Date:** January 8, 2004

**RECIPIENT:** Mickey Busca

**COMPANY:**

**FAX NO.** (203) 407-4210

**PHONE NO.** (203) 407-4200

**FROM:** Lynn A Kappelman

**PHONE:** (617) 946-4888

**RE:** Patrick Bell v. Stop & Shop

**File No:** 24253-37

**Number of Pages, Including Cover:** 7

☐ Hard copy to follow
☐ Per your request
☐ Please telephone me
☐ Hard copy will not follow
☐ Please review and revise if necessary

**MESSAGE:**

Enclosed please find 2 additional exhibits and a new exhibit list. Thank you for your attention.

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. THANK YOU.

IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE PHONE (617) 946-4865 AS SOON AS POSSIBLE.

## PATRICK BELL v. STOP & SHOP SUPERMARKET COMPANY

### SUMMARY OF ARBITRATIONS

| Employee | Date of Hearing | Reason for Termination | Result | Reinstatement |
|---|---|---|---|---|
| Amenta, John | 4/21/03 | Violation of Company Policy | Termination Upheld | No |
| Bell, Patrick | | Stealing Time | Termination Upheld | No |
| Bynum, Jermaine | 4/25/00 | Insubordination | Termination Upheld | No |
| Diaz, Jose | 4/24/03 | Violation of Company Policy | Termination Upheld | No |
| Edwards, Curtis | 2/27/97 | Failure to meet minimum weekly productivity standards | Termination Upheld | No |
| Gilliam, Vernon | 2/24/00 | Insubordination | Termination Upheld | No |
| Johnson, Calvin | 12/5/00 | Failure to meet minimum weekly productivity standards | Termination Upheld | No |
| Madden, William | 11/29/00 | Stealing Time | Termination Upheld | No |
| Perry, Travis | 9/11/98 | Stealing Time | Termination Upheld | No |
| Spann, Jason | 3/10/98 | Absenteeism | Termination Upheld | No |

# EMPLOYEE STEALING TIME CHART

| NAME | TERMINATION | REASON FOR TERMINATION | WITNESS ON THIS ISSUE | REINSTATED | RACE |
|---|---|---|---|---|---|
| Frank Battiste | Terminated | Stealing Time | YES | Yes | White |
| James Coles | Terminated | Stealing Time |  | No | White |
| Richard Cruz | Terminated | Stealing Time | YES | Yes | Hispanic |
| Yaroslaw Daniw | Terminated | Stealing Time |  | Yes | White |
| Dion Green | Terminated | Stealing Time |  | No | Black |
| Michael Hasty | Terminated | Stealing Time | YES | No | Black |
| Ted Holly | Resigned in lieu of termination | Stealing Time | YES | No | White |
| Curtis Jackson | Terminated | Stealing Time |  | Yes | Black |
| Enico Jones | Terminated | Stealing Time | YES | Yes | Black |
| Albert Lindsay | Terminated | Stealing Time |  | Yes | White |
| Billy Madden | Terminated | Stealing Time |  | No | Black |
| John Martin | Terminated | Stealing Time | YES | No | White |
| Anthony Milano | Terminated | Stealing Time |  | Yes | White |
| Keith Pascale | Terminated | Stealing Time |  | Yes | White |
| Massimo Palma | Terminated | Stealing Time |  | Yes | White |
| Gary Pawlowicz | Terminated | Stealing Time |  | Yes | White |
| Sam Short | Terminated | Stealing Time | YES | Yes | Black |
| Darryl Smith | Suspended pending terminated | Stealing Time |  | Yes | White |
| Tim Spruill | Terminated | Stealing Time | YES | No | White |