# REPORT OF CHANGE
FORM 191

**The Stop & Shop Companies, Inc.**

| EFFECTIVE DATE | 1-28-93 |
|---|---|
| DIVISION/ DEPT. | 30-537 |
| WORK LOCATION | 950 |

**NAME (FIRST):** THOMAS  **(MIDDLE INITIAL):** D.  **(LAST):** RASCATI

**SOCIAL SECURITY NO.:** 0 4 3 6  2 7 4  9 1 0

*New, Re-hired or Terminated Employees ONLY*

HOME ADDRESS (NO. & STREET): 
SEX (M/F):  ETHNIC ORIGIN:  DATE OF BIRTH:  PAYROLL ACCOUNT NO.:

☐ NEW HIRE  ☐ RE-HIRE

**JOB TITLE (CLASS):** MAINTENANCE MECHANIC HELPER

**TRANSFERRED FROM** (LOCATION & ACCT. NO.): ___ **TO** (LOCATION & ACCOUNT NO.): ___

**JOB TITLE (CLASS) CHANGED FROM:** ___ **TO:** ___

**GRADE CHANGED FROM:** ___ **TO:** ___

**CURRENT PAY RATE $** ___ PER (Hr./Wk./Pd.)  **NEW PAY RATE $** ___ PER (Hr./Wk./Pd.)

**EXPLAIN ACTION(S) FULLY:**

YOU ARE WORKING PENDING A HEARING, DUE TO YOUR UNAUTHORIZED ABSENCE FROM THE BUILDING AT A TIME WHEN YOU WERE BEING PAID TO WORK — TUESDAY- JANUARY 26, 1993 (8-8:30 P.M.).

cc: A. Buonpane, Business Agent
    B. Vaill, Union Steward

**APPROVALS**

| Signatures | Date |
|---|---|
| Pergola Paolella | 1-28-93 |

**ETHNIC ORIGIN GROUPS:**
1. White-not of Hispanic Origin
2. Black-not of Hispanic Origin
3. Asian or Pacific Islander
4. American Indian or Alaskan Native
5. Hispanic

**FOR OFFICE USE ONLY**

| Actions | Notes |
|---|---|
| WAGE & SALARY | ProTest |
| RECORDS | 1-28-93 |
| BENEFITS | B.V. |
| PAYROLL | |

(Use reverse side if necessary)

**DUPLICATE – RETAIN FOR YOUR FILES**

FORM NO. 80-1025  REV. 7-76

# REPORT OF CHANGE
FORM 191

**The Stop & Shop Companies, Inc.**

EFFECTIVE DATE: 2/8/93
DIVISION/DEPT.: 30/537
WORK LOCATION: 950

NAME (FIRST): THOMAS
(LAST): RASCATI
SOCIAL SECURITY NO.: 043 62 7491 0

New, Re-hired or Terminated Employees ONLY

JOB TITLE (CLASS): MECHANICS HELPER

TRANSFERRED FROM ___ TO ___
JOB TITLE (CLASS) CHANGED FROM ___ TO ___
GRADE CHANGED FROM ___ TO ___
CURRENT PAY RATE $ ___ PER (Hr./Wk./Pd.) | NEW PAY RATE $ ___ PER (Hr./Wk./Pd.)

EXPLAIN ACTION(S) FULLY

AS A RESULT OF A HEARING (February 8, 1993) WITH YOU AND YOUR UNION REPRESENTATIVES, THE COMPANY HAS SUSPENDED YOU FOR A PERIOD OF 3 DAYS (February 8, 9, 10, 1993) DUE TO YOUR UNAUTHORIZED ABSENCE FROM THE M.D.C. AT A TIME WHEN YOU WERE BEING PAID TO WORK - TUESDAY, Jan. 26, 1993. FUTURE OCCURRENCE OF THIS NATURE WILL RESULT IN TERMINATION OF YOUR EMPLOYMENT.

cc: A. Buonpane, Business Agent
    B. Vaill, Union Steward

APPROVALS
Signatures: Angel Paolella    Date: 2-9-93

ETHNIC ORIGIN GROUPS:
1. White-not of Hispanic Origin
2. Black-not of Hispanic Origin
3. Asian or Pacific Islander
4. American Indian or Alaskan Native
5. Hispanic

FOR OFFICE USE ONLY
Actions: WAGE & SALARY, RECORDS, BENEFITS, PAYROLL
Notes:

**DUPLICATE – RETAIN FOR YOUR FILES**

| REPORT OF CHANGE FORM-191 | THE STOP & SHOP COMPANIES, INC. | EFFECTIVE DATE | 12/08/94 |
|---|---|---|---|
| | | DIVISION WORK LOCATION | 030/0551 0952 |

| NAME (FIRST) | (MIDDLE INITIAL) | (LAST) | | SOCIAL SECURITY NO. |
|---|---|---|---|---|
| ARTHUR | | MONGILLO | 0 4 1 | 5 4 1 0 6 3 |

STORE CHANGED FROM _____ OLD/NEW TO _____ OLD/NEW
JOB CODE CHANGED FROM _____ OLD/NEW TO _____ OLD/NEW
DEPT. CHANGED FROM _____ OLD/NEW TO _____ OLD/NEW
STATUS CHANGED FROM _____ TO _____
CURRENT PAY RATE $ _____ PER HOUR   NEW PAY RATE $ _____ PER HOUR

EXPLAIN ACTION(S) FULLY

As a result of a hearing held on December 8, 1994, ther termination of Arthur Mongillo for drinking alcohol on Company property was reduced to a five week suspension effective 11/07/94 to 12/10/94.

Present: B. Cummings, P. Nuzzo, E. McMillan, A. Mongillo, A. Buonpane, P. McCarthy

cc: A. Buonpane, P. McCarthy

| APPROVALS | | FOR OFFICE USE ONLY | |
|---|---|---|---|
| Signatures | Date | Actions | Notes |
| [signature] | 12-9-94 | PERSONNEL | |
| | | AUDIT | |
| | | RESUBMITTED | |
| | | AUDIT | |

ORIGINAL - FORWARD TO PERSONNEL DIVISION IMMEDIATELY AFTER OBTAINING ALL NECESSARY SIGNATURES.

## SUMMARY OF PLAINTIFF'S EXHIBITS:
## STOP & SHOP'S ENFORCEMENT FOR STEALING TIME

| Employee | Infraction | Initial Discipline | Final Discipline | Race |
|---|---|---|---|---|
| Thomas Rascati | Stealing Time Leaving Work Area | Warning August 28, 1990 | Warning | Caucasian |
| Thomas Rascati | Stealing Time Unauthorized Absence | Warning January 28, 1993 | Suspension February 8, 1993 | Caucasian |
| Arthur Mongillo | Drinking Alcohol | Termination November 7, 1994 | Suspension December 8, 1994 | Caucasian |
| Daryl Smith | Stealing Time Unauthorized Absence | Suspension December 6, 1995 | Suspension | Caucasian |
| Massimo Palma | Stealing Time Leaving Work Area | Warning December 29, 1996 | Warning | Caucasian |
| Massimo Palma | Stealing Time Leaving Work Area | Termination January 6, 1997 | Suspension January 17, 1997 | Caucasian |
| Richard Cruz | Stealing Time Sleeping | Termination May 15, 1998 | Suspension May 28, 1998 | Hispanic |
| Patrick Bell | Stealing Time - Sleeping | Termination September 1, 2000 | Termination | Black |
| Anthony Milano | Stealing Time | Termination June 25, 2001 | Suspension July 12, 2001 | Caucasian |
| Albert Lindsay | Stealing Time Leaving Work Area | Termination May 6, 2002 | Suspension May 20, 2002 | Caucasian |
| Yaroslaw Daniw | Stealing Time Leaving Work Area | Termination September 10, 2002 | Suspension September 20, 2002 | Caucasian |