UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PATRICK B. BELL | : | CIVIL ACTION NO. |
| | : | 3:01CV01961 (WWE) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| STOP & SHOP SUPERMARKET COMPANY | : | |
| | : | |
| Defendant. | : | January 12, 2004 |

FILED
Jan 13  3 16 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

**DEFENDANT'S SECOND MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Defendant, The Stop & Shop Supermarket Company ("Stop & Shop" or the "Company"), hereby submits this Second Motion for Summary Judgment on all of Plaintiff Patrick Bell's ("Plaintiff" or "Mr. Bell") claims.

The grounds of this motion are that Mr. Bell's claim that Stop & Shop unlawfully discriminated against him based upon his race fails because undisputed factual record demonstrates that he does not (and cannot) cite to any direct evidence to refute Stop & Shop's legitimate non-discriminatory reasons for terminating his employment or to support his allegations of discrimination. Furthermore, Mr. Bell cannot cite to any Stop & Shop statements or actions from which this Court can infer discrimination. In fact, the record evidence shows that (i) on each occasion that Stop & Shop found an employee sleeping on the job, the Company terminated that employee immediately, and (ii) the Company has never reinstated a former employee after the Connecticut Board of Mediation and Arbitration had upheld that employee's termination.

WHEREFORE, this Court should enter summary judgment for Stop & Shop on the Plaintiff's Complaint.

**ORAL ARGUMENT REQUESTED**

Respectfully Submitted,
By Defendant,
THE STOP & SHOP SUPERMARKET COMPANY

_____
Lynn A. Kappelman
Damian W. Wilmot
SEYFARTH SHAW
World Trade Center East
2 Seaport Lane, Suite
Boston, MA 02210
(617) 946-4800

## CERTIFICATE OF SERVICE

I, Damian W. Wilmot, hereby certify that, I have, on this January 12, 2004, sent a copy of the foregoing SECOND MOTION FOR SUMMARY JUDGMENT to the following counsel of record, via facsimile and overnight mail:

Morris J. Busca, Esq.
GESMONDE, PIETRISIMONE,
SGRIGNARI & PINKUS, LLC
3127-3129 Whitney Avenue
Hamden, CT 06518

_____
Damian W. Wilmot

2

BO1 15620652.1