**GRIEVANCE FORM FOR MEMBERS OF LOCAL No. 443**

Member's Name: Patrick BELL

Name of Company: Stop & Shop MDC

Date: _____

Name of Shop Steward: Brian Del.

Classification: Harassment & discrimination

Name of Business Agent: Tony Buofane

Please give Dates, Violations, Amount of Money.

**REMARKS**

① This grievance is being Filed due to the continual harassment by Kurt Miller For going to the bathroom or being out of my work Area while I have permission from my Supervisor. on two occassions he has given me verbel warning and the last incident has Resulted in a 19.1. We are all Instructed to make a Supervisor aware when we need to Use the bathroom or get permission to use the Telphone but on all of these Accasions I did Follow the Company Policy But Kurt Miller did not want to Hear this, or verify this with the Supervisor that ~~_____~~ OKayed me Leaving my Area For a brief moment.

Form 1

(over)

**GRIEVANCE FORM FOR MEMBERS OF LOCAL No. 443**

Member's Name _____ Date _____

Name of Company _____ Name of Shop Steward _____

Classification _____ Name of Business Agent _____

Please give Dates, Violations, Amount of Money.

REMARKS

② This Continued Discrimination Against me should not be tolerated By Myself and should not Be Condoned ~~By the~~ stop & Shop M.D.C. upper Management. This matter must Be Resolve as soon As Possible ,,,

③ I would Like ~~to bother to~~ Request a meeting with my B.A. to discuss this matter as soon As Possible ,,,.

Form 1

9

(over