CV/cvjysel (January 18, 2002)

HONORABLE  Ellen Burns
DEPUTY CLERK  M. Ruocco   (RPTR)ERO/TAPE  B. Crawfield
T. Finkelstein

TOTAL TIME: ___ hours ___ minutes

DATE  1/13/04   START TIME  2:15   END TIME  4:10
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____  (if more than 1/2 hour)

CIVIL NO.  3:01cv1961

Bell
vs.
Stop+Shop

Busca/Dotson
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Kappelman
Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☐ ........  ☐ (call./h) Call of the Calendar held  ☐ (call./set) Call of the Calendar over to _____
☒ ........  ☐ (jyselect./h) Jury Selection held  ☐ Jury Selection continued until _____
☐ ..... #__  Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... #__  Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... #__  Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... #__  Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ........  _____  ☐ filed ☐ docketed
☐ ........  _____  ☐ filed ☐ docketed
☐ ........  _____  ☐ filed ☐ docketed
☐ ........  _____  ☐ filed ☐ docketed
☒ ........  70  # jurors present
☒ ........  Voir Dire oath administered by Clerk  ☐ previously administered by Clerk
☒ ........  Voir Dire by Court
☒ ........  Peremptory challenges exercised (See attached)
☒ ........  Jury of  8  drawn (See attached) ☐ and sworn ☐ Jury Trial commences
☒ ........  Remaining jurors excused
☐ ........  Discovery deadline set for _____
☐ ........  Disposition Motions due _____
☐ ........  Joint trial memorandum due _____
☒ ........  Trial continued until  1/20/04  at  10:00

☒ COPY TO: JURY CLERK

# UNITED STATES OF AMERICA
# DISTRICT OF CONNECTICUT

Bell v Stop + Shop         CASE NO. 3:01cv1961

## CIVIL CHALLENGES

Pla                              Dft
1. __35 Smith, Timothy L.__    1. __70 William J. Bender__

2. __46 Carrier, Andrew__      2. __49 Pierre L. Chabot__

3. __50 Smith, Angela K.__     3. __66 Sol M. Gomez__

4. ___Minio J. Yuma___         4. ___[signature]___

## Judge's List

Judge: **ELLEN B. BURNS**  
Event: **3:02CR258 (EBB)**  
Description: **USA V NOEL DAVILA**

Date: **1/13/04**  
Time: **9:34 AM**

CR | CV

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 1 | 100077555 | 02-0247 | **SHAFFER, MARK R** <br> MYSTIC — CHEMIST  2\5,6 | PD |
| 2 | 100071884 | 02-0285 | **PAWLIKOWSKI, JANET** <br> STONINGTON — ACCOUNTING MANAGER | PD |
| 3 | 100158411 | 02-0215 | **ROBINSON, JON N** <br> MERIDEN — RETIRED | ① J |
| 4 | 100153832 | 02-0278 | **DILEONE, DEBORAH** <br> HAMDEN — INFO SYST ANALYST  nyt nk | ② J  CP |
| 5 | 100152835 | 02-0298 | **CROCE, DALEAN** <br> NAUGATUCK — BOOKEEPER | PD |
| 6 | 100141014 | 02-0200 | **O'ROURKE, BRIAN A** <br> BEACON FALLS — RATE DRIVER | ③ J |
| 7 | 100144375 | 02-0271 | **CARRANO, MARK A** <br> MILFORD — SALES | CP CP |
| 8 | 100135976 | 02-0251 | **SENICK, JOAN J** <br> MERIDEN — SPECIAL ED PARAPROF | PD |
| 9 | 100133244 | 02-0263 | **PERKINS, ALLAN K** <br> NORTH HAVEN — RETIRED | PD |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: **ELLEN B. BURNS**  
Event: **3:02CR258 (EBB)**  
Description: **USA V NOEL DAVILA**

Date: **1/13/04**  
Time: **9:34 AM**

CR | CV

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| ~~10~~ | ~~100139252~~ | ~~02-0254~~ | ~~SKORONSKI, WILLIAM J~~ PORTLAND  ~~MILITARY PAY TECH~~ cancer (Perm. exc.) | ~~CP~~  CP |
| 11 | 100156556 | 02-0293 | ERRICHETTI, DAVID A  PORTLAND  MGR POWER SUPPLY | ④ J |
| ~~12~~ | ~~100175916~~ | ~~02-0188~~ | ~~WIUM, CHRISTINE N~~  CHESHIRE  ~~DIRECTOR OF SALES~~ 2/2-2/6 | ~~CP~~  CP |
| 13 | 100145179 | 02-0276 | MEYER, BEATRICE M  WEST HAVEN  CNA  grandkids | ⑤ J |
| 14 | 100174348 | 02-0242 | MENDILLO, BRIAN E  WATERBURY  HOME IMPROVEMENT | PD |
| 15 | 100152766 | 02-0281 | DELLER, DIANA M  NAUGATUCK  COMPUTER TECH | ⑥ J |
| 16 | 100136007 | 02-0193 | FORD, LUKE J  MERIDEN  SHEETMETAL WORKER | ⑦ J |
| 17 | 100151698 | 02-0198 | DEPUMA III, JOHN J  ORANGE  CHEF | PP |
| 18 | 100143309 | 02-0253 | GILMORE, MICHAEL T  WATERBURY  COMMUNITY DEVELOPMEN | PD |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: **ELLEN B. BURNS**  
Event: **3:02CR258 (EBB)**  
Description: **USA V NOEL DAVILA**

Date: **1/13/04**  
Time: **9:34 AM**

| Random No. | Part No. | Pool Seq. | Name | CR | CV Code (see legend) |
|---|---|---|---|---|---|
| 19 | 100173468 | 02-0257 | FULLER, JAMES J — WEST HAVEN — JOURNALIST | PP | |
| 20 | 100151762 | 02-0203 | TONDALO JR, PASQUALE M — WEST HAVEN — MOVER | ⑧ J | |
| 21 | 100072636 | 02-0288 | MITCHELL, ANNE MARIE — WATERFORD — PRODUCTION CONTRLR | ⑨ J | |
| 22 | 100128600 | 02-0208 | WINTERS, RUSSELL B — WEST HAVEN — MECHANIC | PD | |
| 23 | 100163682 | 02-0279 | ZABIT, THOMAS E — DURHAM — RET NEWSPAPER COMPOS — 12 exc. perm. | CP | CP |
| 24 | 100168810 | 02-0236 | JOSLIN, MICHAEL V — WALLINGFORD — BUILDING CONTRACTOR | ⑩ J | |
| 25 | 100148129 | 02-0249 | HAIG, LYNN MARIE — OXFORD — URBAN PLANNER | ⑪ J | |
| 26 | 100171483 | 02-0234 | NICOLELLI, MARTIN L — NORTH HAVEN — DEPARTMENT MGR | ⑫ J | |
| 27 | 100163458 | 02-0168 | ROSA, ELBA L — WATERBURY — PRODUCTION ASSOCIATE | PP | |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: **ELLEN B. BURNS**  
Event: **3:02CR258 (EBB)**  
Description: **USA V NOEL DAVILA**

Date: **1/13/04**  
Time: **9:34 AM**

| Random No. | Part No. | Pool Seq. | Name | CR Code | CV Code |
|---|---|---|---|---|---|
| 28 | 100163113 | 02-0199 | **SERRA, JUDITH A** — NORTH HAVEN — TELLER | (13) A | |
| 29 | 100153087 | 02-0186 | **PETERSON, BRIAN P** — NAUGATUCK — POOLS | PP | |
| 30 | 100154035 | 02-0267 | **LITTLE, NANCY P** — BRANFORD — ASSOCIATE DIRECTOR | PD | |
| 31 | 100168030 | 02-0240 | **GILLIS, GARY B** — WATERBURY — COUNTER CLERK | (14) A | |
| 32 | 100148918 | 02-0274 | **CURRIER, JOANNE T** — NEW HAVEN — ACCOUNTING | PD | |
| 33 | 100072990 | 02-0270 | **CAVALLARO, JENNIFER A** — HAMDEN — PHYSICAL THERAPIST | (15) A | |
| 34 | 100142230 | 02-0210 | **MORRIS, RODNEY G** — WALLINGFORD — TYPSETTER | PD | |
| 35 | 100154310 | 02-0272 | **SMITH, TIMOTHY L** — MADISON — SR VICE PRESIDENT  last Jan 1st wk Jan | CP | PP |
| 36 | 100141204 | 02-0268 | **HENDERSON, LEE W** — GUILFORD — RETIRED  vac 1/24-30 | CP | CP |

Legend: J=Jury  A=Alternate  NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff  PD=Peremptory Challenge.Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: **ELLEN B. BURNS**  
Event: **3:02CR258 (EBB)**  
Description: **USA V NOEL DAVILA**

Date: **1/13/04**  
Time: **9:34 AM**

CR | CV

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 37 | 100144844 | 02-0241 | **KRISTOPIK, TERESA** <br> MILFORD | HOUSEWIFE  Farm | CP | CP |
| 38 | 100071107 | 02-0265 | **FROLING, SUSAN A** <br> STONINGTON | PARAPROFESSIONAL | |
| 39 | 100128978 | 02-0181 | **CONCEPCION, EUGENIO J** <br> MIDDLEBURY | OPERATION MANAGER | (1⊥) A |
| 40 | 100159705 | 02-0286 | **DUHAMEL, JERRILYN J** <br> MILFORD | INTL FINANC ANALYST | |
| 41 | 100167778 | 02-0290 | **CRAWFORD, SHARON J** <br> WEST HAVEN | SECRETARY | |
| 42 | 100153757 | 02-0172 | **SILBERBERG, ANITA L** <br> WOODBRIDGE | RETIRED | PP |
| 43 | 100170006 | 02-0264 | **KUPRATIS, DANIEL B** <br> WALLINGFORD | MECHANICAL ENGINEER | |
| 44 | 100080497 | 02-0205 | **SOBANIK, JOHN B** <br> COLCHESTER | ENGINEER CONTRACTOR | CP |
| 45 | 100163506 | 02-0245 | **BERGGREN, JAY D** <br> MERIDEN | SHIPPING/RECEIVING | J ① |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: ELLEN B. BURNS  
Event: 3:02CR258 (EBB)  
Description: USA V NOEL DAVILA  

Date: 1/13/04  
Time: 9:34 AM  

| Random No. | Part No. | Pool Seq. | Name | | CR | CV Code (see legend) |
|---|---|---|---|---|---|---|
| 46 | 100176472 | 02-0180 | CARRIER, ANDREW J<br>REGIONAL PLANNING | WATERBURY | | PP |
| 47 | 100134151 | 02-0227 | MORAN, THOMAS M<br>ELECTRONIC TECH | WALLINGFORD | | J (2) |
| 48 | 100149456 | 02-0289 | BOWOLICK, CHRISTINE L<br>CARDIOLOGIST TECH | MILFORD | | CP |
| 49 | 100164631 | 02-0219 | CHABOT, PIERRE E<br>EDUCATION CONSULTANT | CHESHIRE | | PD |
| 50 | 100173089 | 02-0167 | SMITH, ANGELA K<br>LEGAL ASSISTANT | SOUTHBURY | | PP |
| 51 | 100169327 | 02-0212 | KIM, WONSUB<br>ENGINEER | ORANGE | | J (3) |
| 52 | 100149900 | 02-0201 | DANCER, DANIEL H<br>PROGRAMMER ENG | WOLCOTT | | J (4) |
| 53 | 100154634 | 02-0194 | OCONNOR, DALE H<br>CONSUMER RETURNS TEC | MILFORD | | J (5) |
| 54 | 100141310 | 02-0213 | STAIRS, BARBARA A  *work problems*<br>DOCK CHECKER | WALLINGFORD | | CP |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: **ELLEN B. BURNS**  
Event: **3:02CR258 (EBB)**  
Description: **USA V NOEL DAVILA**

Date: **1/13/04**  
Time: **9:34 AM**

CR CV

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) | |
|---|---|---|---|---|---|---|
| 55 | 100179268 | 02-0224 | KLINZMANN, IRIS M<br>WOLCOTT | SECRETARY  1/26, 27 Dr. | CP ~~te~~ | CP |
| 56 | 100135155 | 02-0222 | TAYLOR, ADAM JUSTIN<br>EAST HAMPTON | PRESS WORKER | | CP |
| 57 | 100160165 | 02-0195 | NELIGON, NANCY A<br>WEST HAVEN | MANAGER | CP | CP |
| 58 | 100148617 | 02-0262 | NIATOPSKY, MARTIN A<br>NAUGATUCK | BRANCH MANAGER | | J (6) |
| 59 | 100169921 | 02-0221 | HANSEN, DENISE M<br>MERIDEN | CUSTOMER SVC | | J (7) |
| 60 | 100178219 | 02-0173 | BURNETT, CLARICE<br>NEW HAVEN | CASEWORKER | | CP |
| 61 | 100167474 | 02-0283 | GREENE, ADA V<br>NEW HAVEN | CNA  1/27 Dr. 2/4 | CP | CP |
| 62 | 100141856 | 02-0260 | ASFALG, MARGOT A<br>CROMWELL | BOOKEEPER | CP | CP |
| 63 | 100170978 | 02-0217 | MARIA, SUSAN<br>OXFORD | ATTORNEY | CP | CP |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: ELLEN B. BURNS
Event: 3:02CR258 (EBB)
Description: USA V NOEL DAVILA

Date: 1/13/04
Time: 9:34 AM

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 64 | 100070440 | 02-0296 | LAMB, WALTER W <br> SALEM | LAB TECHNICIAN | CR CV J⑧ |
| 65 | 100159252 | 02-0244 | BUONANNI, CATHERINE M <br> MERIDEN | CAFE WORKER | CP |
| 66 | 100156753 | 02-0233 | GOMEZ, SOL M <br> NEW HAVEN | | PD |
| 67 | 100164905 | 02-0228 | PICAGLI, THOMAS J <br> EAST HAVEN | GENERAL MANAGER | CP |
| 68 | 100136423 | 02-0273 | STANCO, JENNIFER L <br> BRISTOL | SALES COORDINATOR | CP |
| 69 | 100174374 | 02-0226 | ATKINSON, CHRISTINE <br> MIDDLEFIELD | LETTER CARRIER | CP  CP |
| 70 | 100077265 | 02-0280 | BENDER JR, WILLIAM M <br> PRESTON | SCHOOL BUS DRIVER | PD |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.