HONORABLE Ellen Burns (Civil Trial (October 17, 2001))
DEPUTY CLERK P. Villano    RPTR/ERO/TAPE _____

TOTAL TIME: ___ hours ___ minutes

DATE 1/20/04    START TIME 9:55a    END TIME 4:55p
LUNCH RECESS FROM 12:55p TO 2:00p
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Patrick Bell

vs.

Stop & Shop

CIVIL NO. 3:01cv1961 EBB

Morris J. Busca
Krista A. Dotson
Plaintiffs' Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Lynn Kappelman
Defendants' Counsel

## CIVIL JURY/COURT TRIAL

✓ Jury of 10 ✓ report (see attached) ✓ Jury sworn
✓ (jytrl./h) Jury Trial held ✓ (jytrl./set) Jury Trial continued until 1/21/04 at 10:00
☐ (ctrl./h) Court Trial held ☐ (ctrl./set) Court Trial continued until _____ at _____
ctrlconc  Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict
#___ Motion _____ ☐ granted ☐ denied ☐ advisement
#___ Motion _____ ☐ granted ☐ denied ☐ advisement
#___ Motion _____ ☐ granted ☐ denied ☐ advisement
#___ Motion _____ ☐ granted ☐ denied ☐ advisement
oralm  Oral Motion _____ ☐ granted ☐ denied ☐ advisement
oralm  Oral Motion _____ ☐ granted ☐ denied ☐ advisement
oralm  Oral motion _____ ☐ granted ☐ denied ☐ advisement
oralm  Oral motion _____ ☐ granted ☐ denied ☐ advisement
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed

☐ Plaintiff(s) rests ☐ Defense rests
Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ Summation held ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at _____
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

✓ COPY TO: JURY CLERK (JURY TRIALS ONLY)

Jury List — Please Sign In

DATE 1/20/04

Judge: ELLEN B. BURNS
Event: 3:01CV1961(EBB

Date: 1/13/04
Time: 4:37 PM

| Seat# | Part No. | Name | Type | |
|---|---|---|---|---|
| 1 | 100163506 | BERGGREN, JAY D | Juror | *Jay Berggren* |
| 2 | 100149900 | DANCER, DANIEL H | Juror | *Daniel D. Dancer* |
| 3 | 100169921 | HANSEN, DENISE M | Juror | *Denise Hansen* |
| 4 | 100169327 | KIM, WONSUB | Juror | *Wonsub Kim* |
| 5 | 100070440 | LAMB, WALTER W | Juror | *Walter W. Lamb* |
| 6 | 100134151 | MORAN, THOMAS M | Juror | *Thomas M. Moran* |
| 7 | 100148617 | NIATOPSKY, MARTIN A | Juror | *[signature]* |
| 8 | 100154634 | OCONNOR, DALE H | Juror | *Dale O'Connor* |

Page 1 of 1