CT/cvtrial (October 17, 2001)

HONORABLE **EBB**
DEPUTY CLERK **M. Ruocco**   RPTR/ERO/TAPE **B. Grau**

TOTAL TIME: ___ hours ___ minutes

DATE **1/23/04**    START TIME **10:00**    END TIME **11:15**
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

CIVIL NO. **3:01cv1961**

**Bell**
vs.
**Stop + Shop**

Plaintiff's Counsel **M. Busca**
☐ SEE ATTACHED CALENDAR FOR COUNSEL
Defendants Counsel **L. Kappelman**

## CIVIL JURY/COURT TRIAL

☒ Jury of **8** report (see attached) ☐ Jury sworn
☒ (jytrl./h) Jury Trial held ☐ (jytrl./set) Jury Trial continued until ___ at ___
☐ (ctrl./h) Court Trial held ☐ (ctrl./set) Court Trial continued until ___ at ___
☐ ctrlconc. Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict

Motion ___ ☐ granted ☐ denied ☐ advisement
Motion ___ ☐ granted ☐ denied ☐ advisement
Motion ___ ☐ granted ☐ denied ☐ advisement
Motion ___ ☐ granted ☐ denied ☐ advisement
Oral Motion ___ ☐ granted ☐ denied ☐ advisement
Oral Motion ___ ☐ granted ☐ denied ☐ advisement
Oral motion ___ ☐ granted ☐ denied ☐ advisement
Oral motion ___ ☐ granted ☐ denied ☐ advisement

___ ☐ filed ☐ docketed
___ ☐ filed ☐ docketed
___ ☐ filed ☐ docketed
___ ☐ filed ☐ docketed
___ ☐ filed ☐ docketed
___ ☐ filed ☐ docketed
___ ☐ filed ☐ docketed

☐ Plaintiff(s) rests ☐ Defense rests
Briefs due: ☐ Pltf ___ Deft ___ Reply ___
☐ Summation held ☒ Court's Charge to the Jury
☒ All full exhibits, ☒ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
☒ Jury commences deliberations at **10:45**
☐ Court orders Jury to be fed at Govt. expense (see attached bill)
☐ SEE ☐ reverse ☐ attached

☒ COPY TO: JURY CLERK (JURY TRIALS ONLY)

- [ ] ......... Court declares MISTRIAL
- [x] jyv ....... Verdict Form filed
- [ ] ......... VERDICT: _for Deft_

---
---
---
---

- [x] ......... Court accepts verdict and orders verdict verified and recorded
- [ ] ......... Jury polled

## MISCELLANEOUS PROCEEDINGS