United States District Court
District of Connec~
FILED AT    NEW H~

1 23    ~ 04
Kevin F. Rowe, Clerk

By M. Ruocco
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PATRICK B. BELL,                    :
              Plaintiff             :
                                    :
                                    :
        v.                          :    3:01-CV-1961 (EBB) ·
                                    :
                                    :
                                    :
STOP & SHOP SUPERMARKET CO.,        :
              Defendant             :


## JURY INTERROGATORIES

1.  Has Mr. Bell proven that his race was a motivating factor in
Defendant's decision to terminate him, in violation of the Title
VII ?

            _____  Yes                    __X__ No


If your answer to Question No. 1, is "Yes", please proceed to
Question Number 2.  If your answer is "No", your deliberations
are at an end.  The foreperson should sign and date this verdict
form, advise the marshal that you have reached a verdict, and
your verdict will then be returned to Court.


2.  Has Plaintiff proven by a preponderance of the evidence that
he suffered damages for lost wages, benefits, and emotional harm
attributed to his termination only ?


            _____  Yes              No _____

If you have answered "Yes" to Question 2, please proceed to Question 3.  If you have answered "No", please proceed to Question 5.

3. Please calculate Mr. Bell's back pay damages as follows:

a. _____ lost earnings and fringe benefits, such as pension benefits and/or insurance benefits up to date of trial

minus

b. _____ actual earnings from Defendant, including unemployment compensation received from Stop & Shop only, and any other source from any employment up to the date of trial

equals

(c) _____ Compensatory back pay damages

4.  What amount of compensatory damages for emotional harm do you award Plaintiff as a direct result of his termination only ?

$ _____

Please proceed to Question 5.

5.  Has Plaintiff proven by a preponderance of the evidence that the Defendant engaged in intentional discrimination when it terminated him, and did so with malice or reckless indifference

2

to Plaintiff's rights under Title VII ?

_____ Yes          _____ no

If you have answered "Yes" to Question 5, please proceed to
Question 6.  If you have answered "No" to Question 5, your
deliberations are now concluded.  The foreperson should sign and
date this verdict form, advise the marshal that you have reached
a verdict, and your verdict will then be returned to the Court.

6.  What amount of punitive damages do you award to Plaintiff ?

$ _____

Your deliberations are now concluded.  The foreperson should
sign and date this verdict form, advise the marshal that you have
reached a verdict, and your verdict will then be returned to the
Court.

_Jay Berger_
FOREPERSON

Signed at New Haven, Connecticut this 23 day of January, 2004.

3