UNITED STATES DISTRICT COURT
STATE OF CONNECTICUT

FILED

PATRICK B. BELL,
Plaintiff

CIVIL ACTION NO.
3:01CV01961(EBB)

v.

STOP & SHOP
SUPERMARKET COMPANY,
Defendant

## PLAINTIFF'S TRIAL EXHIBITS

| Number | Description | Identified | Admitted |
|---|---|---|---|
| 1 | Patrick Bell Hire Form - 10/29/89 | | X 1/20/04 |
| 2 | Patrick Bell 9/27/97 "191" Warning (dated 9/21/95) | | X 1/20/04 |
| 3 | Stop & Shop Grocery Distribution Shop Rules | | X 1/20/04 |
| 4 | Teamsters Union, Local 443, Collective Bargaining Agreement with Stop & Shop | | X 1/20/04 |
| 5 | Patrick Bell Grievance | | 1/20/04 |
| 6 | Patrick Bell Transfer to Grocery Division Center | | X 1/20/04 |
| 7 | Patrick Bell 9/1/00 Time Sheet | | X 1/20/04 |
| 8 | Patrick Bell 9/1/00 Termination Form | | X 1/20/04 |
| 9 | Patrick Bell 9/1/00 Grievance Challenging Termination | | X 1/20/04 |
| 10 | Patrick Bell 9/7/00 Hearing Form re: Termination | | X 1/20/04 |
| 11 | Patrick Bell 9/14/00 Hearing Form re: Termination | | X 1/20/04 |
| 12 | Stop & Shop Organization Chart | | X 1/20/04 |
| 13 | Stop & Shop Anti-Harassment Policy | | X 1/21/04 |
| 14 | Stop & Shop Equal Employment Policy | | X 1/21/04 |
| 15 | C. Miller 9/1/00 Memorandum to P. Bright re: Bell | | X 1/21/04 |

| Number | Description | Identified | Admitted |
|---|---|---|---|
| 16 | 9/1/00 Memorandum of Robert Roddy | | X 1/21/04 |
| 17 | C. Miller Deposition Transcript, 1/8/03 | X | |
| 18 | 8/11/03 Memorandum of Agreement Between Teamsters and Stop & Shop | | X 1/21/04 |
| 19 | 9/14/00 Memorandum of E. Ruddy re: P. Bell termination hearing | | X 1/21/04 |
| 20 | 1/28/03 Affidavit of E. Ruddy | | X 1/21/04 |
| 21 | 8/28/90 "191" warning of Thomas Rascati re: stealing time - leaving work area | | X 1/21/04 |
| 22 | 1/28/93 Warning of Thomas Rascati re: stealing time - unauthorized absence | | 1/21/04 |
| 23 | 2/8/93 Suspension of Thomas Rascati re: stealing time - unauthorized absence | | 1/21/04 |
| 24 | 12/8/94 Suspension of Arthur Mongillo re: drinking alcohol on company property | X | |
| 25 | 12/6/95 Suspension of Daryl Smith re: stealing time - unauthorized absence | | X 1/21/04 |
| 26 | 1/17/97 Memorandum of Ed Ruddy re: Massimo Palma re: stealing time - suspension for leaving work area | | X 1/21/04 |
| 27 | 5/15/98 Termination of Richard Cruz re: stealing time - sleeping | | X 1/21/04 |
| 28 | 5/15/98 Memorandum of Frank Zappone and Bill Johnson re: Richard Cruz sleeping | | X 1/21/04 |
| 29 | 5/28/98 Suspension of Richard Cruz re: stealing time - sleeping | | X 1/21/04 |
| 30 | 6/25/01 Termination of Anthony Milano, Jr. re: stealing time | | X 1/21/04 |
| 31 | 7/12/01 Suspension of Anthony Milano, Jr. re: stealing time | | X 1/21/04 |
| 32 | 5/6/02 Termination of Albert Lindsay re: stealing time - out of work area | | X 1/21/04 |

| Number | Description | Identified | Admitted |
|---|---|---|---|
| 33 | 5/20/02 Suspension of Albert Lindsay re: stealing time - out of work area | | X 1/21/04 |
| 34 | 9/10/02 Termination of Yaroslaw Daniw re: stealing time - leaving work area | | X 1/21/04 |
| 35 | 9/20/02 Suspension of Yaroslaw Daniw re: stealing time - leaving work area | | X 1/21/04 |
| 36 | Summary of Plaintiff's Exhibits - Stop & Shop's Treatment of Stealing Time | X | |