UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Jan 23  11 47 AM '04

PATRICK B. BELL

        Plaintiff,

VS.

STOP & SHOP SUPERMARKET
COMPANY

        Defendant.

C. A. No. 3:01CV01961 (WWE)

## DEFENDANT STOP & SHOP SUPERMARKET COMPANY'S PROPOSED EXHIBITS

| Number | Description | Identified | Admitted |
|---|---|---|---|
| A. | Arbitration Award | ID only | |
| B. | EEOC Dismissal | ID | |
| C. | Federal Court Complaint | ID only | |
| D. | Plaintiff's Employment Application | | 1/20/04 |
| E. | 10/29/89 Report of Change Form | | 1/20/04 |
| F. | North Haven GDC- Shop Rules | | 1/20/04 |
| G. | 11/22/89 Policy regarding Attendance | | 1/20/04 |
| H. | 11/2/89 Bell Acknowledgment of Shop Rules | | 1/20/04 |
| I. | Stop & Shop Anti-Harassment Policy | | 1/20/04 |

BO1 15609699.1

| Number | Description | Identified | Admitted |
|---|---|---|---|
| J. | Stop & Shop EEO Policy | | 1/21/04 |
| K. | 6/25/91 Report of Change Form | | 1/20/04 |
| L. | 10/29/93 Report of Change Form | | 1/20/04 |
| M. | 9/21/95 Report of Change Form | | 1/20/04 |
| N. | 1/4/98 Report of Change Form | | 1/20/04 |
| O. | Pictures of Shop Floor | ID | |
| P. | 9/01/00 Rob Roddy Handwritten Statement | | 1/20/04 |
| Q. | 9/01/00 Curt Miller Typed Statement | | 1/20/04 |
| R. | 9/01/00 Report of Change Form | | 1/20/04 |
| S. | 9/07/00 Report of Change Form | | 1/20/04 |
| T. | 9/14/00 Report of Change Form | | 1/20/04 |
| U. | 9/14/00 Ed Ruddy Typed Decision Regarding Hearing | | 1/20/04 |
| V. | 9/14/00 Letter from Anthony Buonpane, Union Representative | ID only | |
| W. | Affidavit of Norman Zolot dated 1/31/02 | ID only | |
| X. | Plaintiff's Responses To Stop & Shop Interrogatories | ID only | |

2

BO1 15609699.1

| Number | Description | Identified | Admitted |
|---|---|---|---|
| Y. | Plaintiff's Responses To Stop & Shop's Requests For Production of Documents | ID only | |
| Z. | Plaintiff's Initial Disclosures | ID only | |
| AA. | 191 Form Dematteo 4/4/97 | | 1/21/04 |
| BB. | Plaintiff's Supplemental Response to Stop & Shop's Requests for Production of Documents | ID only | |
| CC. | Organizational Chart | | 1/20/04 |