AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF __Conn__

**Patrick Bell**
v.
**Stop & Shop**

FILED

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:01CV1961 EBB

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY Morris Busca / Krista Dotson | DEFENDANT'S ATTORNEY Lynn Kappelman |
|---|---|---|
| Judge Burns | | |
| TRIAL DATE(S) 1/20/04 – 1/23/04 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 1/20/04 | | | Kevin Langley, Waterbury, CT |
| X | | 1/20/04 – 1/21/04 | | | Patrick Bell, Hamden, CT |
| X | | 1/21/04 | | | Kurt Miller, Wallingford, CT |
| X | | 1/21/04 | | | Francis Wright, West Haven, CT |
| X | | 1/21/04 | | | Edward Ruddy – Durham, CT |
| X | | 1/21/04 | | | Maishaun Bell – Hamden, CT |
| | X | 1/21/04 | | | Robert Roddy – Milford, CT |
| | X | 1/21/04 | | | Eric Brown – New Haven, CT |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.