HONORABLE **EBB** CT/cvtrial (October 17, 2001)
DEPUTY CLERK **M. Ruocco** RPTR/ERO/TAPE **C. Castaldi**

TOTAL TIME: ___ hours ___ minutes

DATE **1/21/04**   START TIME **10:00**   END TIME **5:10**
LUNCH RECESS FROM **1:00** TO **2:05**
RECESS FROM ___ TO ___ (if more than 1/2 hour)

CIVIL NO. **3:01CV1961**

**Bell**
vs.
**S+S**

§
§
§ _____**M. Busca**_____
§        Plaintiffs Counsel
§ ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§ _____**L. Kappelman**_____
         Defendants Counsel

## CIVIL JURY/COURT TRIAL

☒ Jury of **8** report (see attached) ☐ Jury sworn
☒ ☒ (jytrl./h) Jury Trial held  ☒ (jytrl./set) Jury Trial continued until **1/22/04** at **10:00**
☐ ☐ (ctrl./h) Court Trial held  ☐ (ctrl./set) Court Trial continued until ___ at ___
☐ ctrlconc.  Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict
☐ ...#___  Motion ___ ☐ granted ☐ denied ☐ advisement
☐ ...#___  Motion ___ ☐ granted ☐ denied ☐ advisement
☐ ...#___  Motion ___ ☐ granted ☐ denied ☐ advisement
☐ ...#___  Motion ___ ☐ granted ☐ denied ☐ advisement
☐ oralm...  Oral Motion ___ ☐ granted ☐ denied ☐ advisement
☐ oralm...  Oral Motion ___ ☐ granted ☐ denied ☐ advisement
☐ oralm...  Oral motion ___ ☐ granted ☐ denied ☐ advisement
☐ oralm...  Oral motion ___ ☐ granted ☐ denied ☐ advisement
☐  ___ ☐ filed ☐ docketed
☐  ___ ☐ filed ☐ docketed
☐  ___ ☐ filed ☐ docketed
☐  ___ ☐ filed ☐ docketed
☐  ___ ☐ filed ☐ docketed
☐  ___ ☐ filed ☐ docketed
☐  ___ ☐ filed ☐ docketed
☒ ☒ Plaintiff(s) rests ☐ Defense rests
☐ Briefs due: ☐ Pltf ___ Deft ___ Reply ___
☐ ☐ Summation held ☐ Court's Charge to the Jury
☐ All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
☐ Jury commences deliberations at ___
☐ Court orders Jury to be fed at Govt. expense (see attached bill)
☐ SEE ☐ reverse ☐ attached

☒ COPY TO: JURY CLERK (JURY TRIALS ONLY)

Judge: **ELLEN B. BURNS**  
Event: **3:01CV1961(EBB**

Jury List

DATE 1/21/04

Date: **1/13/04**  
Time: **4:37 PM**

| Seat# | Part No. | Name | Type | |
|---|---|---|---|---|
| 1 | 100163506 | BERGGREN, JAY D | Juror | *[signature] Jay Berggren* |
| 2 | 100149900 | DANCER, DANIEL H | Juror | *[signature] Daniel H. D...* |
| 3 | 100169921 | HANSEN, DENISE M | Juror | *[signature] Denise Hansen* |
| 4 | 100169327 | KIM, WONSUB | Juror | *[signature]* |
| 5 | 100070440 | LAMB, WALTER W | Juror | *[signature] Walter W. Lamb* |
| 6 | 100134151 | MORAN, THOMAS M | Juror | *[signature]* |
| 7 | 100148617 | NIATOPSKY, MARTIN A | Juror | *[signature]* |
| 8 | 100154634 | OCONNOR, DALE H | Juror | *[signature] Dale O'Connor* |