HONORABLE __EBB__   CT/cvtrial (October 17, 2001)
DEPUTY CLERK __M. Ruocco__ RPTR/ERO/TAPE __B. Graufield__

TOTAL TIME: ___ hours ___ minutes

DATE __1/20/04__   START TIME __10:30__   END TIME __12:50__
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

CIVIL NO. __3:01cv1961__

__Bell__
vs.
__Stop+Shop__

__M. Busca__
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

__L. Kappelman__
Defendants Counsel

**CIVIL JURY/COURT TRIAL**

☒ Jury of __8__ report (see attached) ☐ Jury sworn
☒ ☒ (jytrl./h) Jury Trial held ☒ (jytrl./set) Jury Trial continued until __1/23/04__ at __10:50__
☐ ☐ (ctrl./h) Court Trial held ☐ (ctrl./set) Court Trial continued until ___ at ___
☐ ctrlconc. Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict
☐ ...#___ Motion ___ ☐ granted ☐ denied ☐ advisement
☐ ...#___ Motion ___ ☐ granted ☐ denied ☐ advisement
☐ ...#___ Motion ___ ☐ granted ☐ denied ☐ advisement
☐ ...#___ Motion ___ ☐ granted ☐ denied ☐ advisement
☐ oralm. Oral Motion ___ ☐ granted ☐ denied ☐ advisement
☐ oralm. Oral Motion ___ ☐ granted ☐ denied ☐ advisement
☐ oralm. Oral motion ___ ☐ granted ☐ denied ☐ advisement
☐ oralm. Oral motion ___ ☐ granted ☐ denied ☐ advisement
☐ ___ ☐ filed ☐ docketed
☐ ___ ☐ filed ☐ docketed
☐ ___ ☐ filed ☐ docketed
☐ ___ ☐ filed ☐ docketed
☐ ___ ☐ filed ☐ docketed
☐ ___ ☐ filed ☐ docketed
☐ ___ ☐ filed ☐ docketed
☒ ☐ Plaintiff(s) rests ☒ Defense rests
☐ Briefs due: ☐ Pltf ___ Deft ___ Reply ___
☒ ☒ Summation held ☐ Court's Charge to the Jury
☐ All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
☐ Jury commences deliberations at ___
☐ Court orders Jury to be fed at Govt. expense (see attached bill)
☐ SEE ☐ reverse ☐ attached

☒ COPY TO: JURY CLERK (JURY TRIALS ONLY)

Judge: **ELLEN B. BURNS**  
Event: **3:01CV1961(EBB**

Jury List

DATE  1/22/04

Date: 1/13/04  
Time: 4:37 PM

| Seat# | Part No. | Name | Type | |
|---|---|---|---|---|
| 1 | 100163506 | BERGGREN, JAY D | Juror | *[signature]* |
| 2 | 100149900 | DANCER, DANIEL H | Juror | *[signature]* |
| 3 | 100169921 | HANSEN, DENISE M | Juror | *[signature]* |
| 4 | 100169327 | KIM, WONSUB | Juror | *[signature]* |
| 5 | 100070440 | LAMB, WALTER W | Juror | *[signature]* |
| 6 | 100134151 | MORAN, THOMAS M | Juror | *[signature]* |
| 7 | 100148617 | NIATOPSKY, MARTIN A | Juror | *[signature]* |
| 8 | 100154634 | OCONNOR, DALE H | Juror | *[signature]* |