UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PATRICK B. BELL

    v.                                          Civil No.  3:01cv1961(EBB)

STOP & SHOP SUPERMARKET CO.

## J U D G M E N T

This matter came on for trial before a jury and the Honorable Ellen Bree Burns, Senior United States District Judge.  On January 23, 2004, the jury returned a verdict for the defendant.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the defendant and the case is closed.

Dated at New Haven, Connecticut this 26th day of January, 2004.

                                                  KEVIN F. ROWE, Clerk
                                                  By
                                                      /s/
                                                  Melissa Ruocco
                                                  Deputy Clerk

EOD : _____

2