FORM 2

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

Patrick BELL

v.

Stop & Shop Supermarket Co.

FILED
FEB 27  11 50 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

CIVIL CASE NO. 3:01CV1961 (EBB)

## MOTION FOR AN EXTENSION OF TIME TO FILE A NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(a)(5), __Patrick B. BELL__ respectfully requests leave
(appealing party)
to file the within notice of appeal out of time. __Patrick BELL__ desires to appeal
(appealing party)
the judgment in this action entered on __26 day of January 2004__, but failed to file a notice of appeal within the required number of days because:

__I Have not Locate my Attorney.__

EXPLAIN HERE THE "EXCUSABLE NEGLECT" OR "GOOD CAUSE" WHICH LED TO YOUR FAILURE TO FILE A NOTICE OF APPEAL WITHIN THE REQUIRED NUMBER OF DAYS.

_Patrick Bell_
Signature

Patrick BELL
Print Name

50 Fourth St 2nd Fl

Hamden Ct 06514
Address

Date: 2-27-04

203-777-6566
Telephone Number

Note: You may file this form, together with a copy of Form 1,[Notice of Appeal] if you are seeking to appeal a judgment and did not file a copy of Form 1[Notice of Appeal] within the required time. These forms must be received in the Office of the Clerk of the U.S. District Court no later than 30 days after the expiration of the time prescribed by Rule 4(a) FRAP.