FORM 1

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

Patrick BELL

v.

Stop & Shop SuperMarket Co.

CIVIL CASE NO. 3:01CV1961 (EBB)

FILED
FEB 27  10 50 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

### NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __Patrick B. BELL__ hereby gives notice and
   (appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (attach the Judgment or Order):

_____

_____

_____

2. The Judgment /Order in this action was entered on _____.
                                                          (date)

__Patrick Bell__
Signature

__Patrick BELL__
Print Name

__50 Fourth St 2nd__
__Hamden CT 06514__
Address

Date: 2-25-04

203-777-6566
Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

PATRICK B. BELL

v.  Civil No. 3:01cv1961(EBB)

STOP & SHOP SUPERMARKET CO.

### JUDGMENT

This matter came on for trial before a jury and the Honorable Ellen Bree Burns, Senior United States District Judge. On January 23, 2004, the jury returned a verdict for the defendant.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the defendant and the case is closed.

Dated at New Haven, Connecticut this 26th day of January, 2004.

KEVIN F. ROWE, Clerk
By
/s/
Melissa Ruocco
Deputy Clerk

EOD : _____