# DISTRICT OF CONNECTICUT - NEW HAVEN
## NOTICE OF APPEAL COVER MEMO

**DATE:** March 8, 2004     **TO:** Intake Clerk

**FROM:** F DePino

**CASE TITLE:** Patrick Bell v. Stop and Shop Supermarket

**DOCKET NO.:** 3:01cv1961

**NOTICE OF APPEAL:** filed: February 27, 2004

**APPEAL FROM:** final judgment: **X**

interlocutory: __

other: __

**DOCKET SHEET:** Attorney, updated address & phone number for each party __Y__

All parties are listed on Docket Sheet (Including Third Parties) __Y__

All docket entries and dates are included __Y__

**FEE STATUS:** Paid _____ Due ✓ N/A _____

IFP revoked _____ Application Attached _____

IFP pending before district judge __No__

**COUNSEL:** CJA _____ Retained _____ Pro Se ✓

**TIME STATUS:** Timely ✓ Out of Time _____

**MOTION FOR**
**EXTENSION OF TIME:** Granted ✓ Denied _____

**COA:** Granted _____ Denied _____

**COMMENTS AND CORRECTIONS:**

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

**SIGNED:** Patricia Mattera   **DATE:** 3/11/04
DEPUTY CLERK, USCA

**USCA No.** _____.

Stamp: MAR 15 1 09 PM '04 U.S. DISTRICT COURT NEW HAVEN, CONN. FILED