UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT (New Haven)

DOCKET NO: 3:01cv1061 EBB
USCA NO.

Patrick Bell
V.
Stop and Shop Supermarket

## INDEX TO THE RECORD ON APPEAL

3127-3129 Whitney Ave.
Hamden, CT 06518
203-407-4200
Email: mbusca@gpsp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Courtney**
Attorney General's Office
Employment Rights
55 Elm St., PO Box 120
Hartford, CT 06141-0120
860-808-5340
Email: stephen.courtney@po.state.ct.us
*TERMINATED: 12/02/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
-----------------------

**Stop & Shop Supermarket Co.**    represented by    **Lynn A. Kappelman**
Seyfarth Shaw - MA
World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028
617-946-4800
Fax : 617-946-4801
Email: kappely@seyfarth.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Notice**
-----------------------

**United States Court of Appeals**

| Filing Date | # | Docket Text |
|---|---|---|
| 10/17/2001 | 1 | COMPLAINT Filing Fee $ 150.00 Receipt # N004862 (Pesta, J.) (Entered: 10/18/2001) |
| 10/17/2001 | 2 | ORDER on Pretrial Deadlines handed to counsel Discovery cutoff 4/18/02 ; Dispositive Motions due 5/18/02 Amended Pleadings due |

| | | |
|---|---|---|
| | | 12/17/01 Motions to Dismiss due 01/17/02 (Pesta, J.) (Entered: 10/18/2001) |
| 10/18/2001 | | SUMMONS(ES) issued for Stop & Shop (Pesta, J.) (Entered: 10/18/2001) |
| 11/19/2001 | 3 | APPEARANCE of Attorney for Stop & Shop -- Lynn A. Kappelman (Corriette, M.) (Entered: 11/19/2001) |
| 12/03/2001 | 4 | MOTION by Stop & Shop to Extend Time to 1/24/02 to answer (Corriette, M.) (Entered: 12/03/2001) |
| 12/04/2001 | | ENDORSEMENT granting [4-1] motion to Extend Time to 1/24/02 to answer ( signed by Judge Warren W. Eginton ) (Candee, D.) (Entered: 12/04/2001) |
| 01/10/2002 | 5 | REPORT of Parties Planning Meeting (Candee, D.) (Entered: 01/10/2002) |
| 01/17/2002 | | ENDORSEMENT so ordered [5-1] 26(f) report, setting Discovery deadline to 7/30/02 , setting Dispositive Motions due by 8/30/02 ( signed by Judge Warren W. Eginton ) (Candee, D.) (Entered: 01/17/2002) |
| 01/22/2002 | 6 | Disclosure Statement by Stop & Shop (Gutierrez, Y.) (Entered: 01/22/2002) |
| 01/22/2002 | 7 | ANSWER & AFFIRMATIVE DEFENSES to Complaint by Stop & Shop (Gutierrez, Y.) (Entered: 01/22/2002) |
| 02/15/2002 | 8 | APPEARANCE of Attorney for Patrick B. Bell -- Lawrence C. Sgrignari (Corriette, M.) (Entered: 02/15/2002) |
| 03/27/2002 | 9 | APPEARANCE of Attorney for Patrick B. Bell -- Daniel H. Kryzanski (Corriette, M.) (Entered: 03/27/2002) |
| 05/13/2002 | 10 | APPEARANCE of Attorney for Stop & Shop -- Lynn A. Kappelman (Gutierrez, Y.) (Entered: 05/15/2002) |
| 05/30/2002 | 11 | MOTION by Patrick B. Bell to Extend Time to 6/10/02 to Respond to Discovery Requests (Corriette, M.) (Entered: 05/30/2002) |
| 05/31/2002 | | ENDORSEMENT granting [11-1] motion to Extend Time to 6/10/02 to Respond to Discovery Requests (signed by Judge Warren W. Eginton) (Candee, D.) (Entered: 05/31/2002) |
| 07/19/2002 | 12 | Status Conference Held (WWE) (D'Andrea, S.) (Entered: 07/19/2002) |

| Date | No. | Description |
|---|---|---|
| 07/25/2002 | 13 | MOTION by Patrick B. Bell, Stop & Shop to Amend [5-1] Report of Planning Meeting (Kolesnikoff, D.) (Entered: 07/25/2002) |
| 07/26/2002 |  | ENDORSEMENT so ordered [13-1] motion to Amend [5-1] Report of Planning Meeting, resetting Discovery deadline to 9/15/02 , resetting Dispositive Motions due by 10/1/02 ( signed by Judge Warren W. Eginton) (Candee, D.) (Entered: 07/26/2002) |
| 09/06/2002 | 14 | APPEARANCE of Attorney for Patrick B. Bell -- Morris James Busca (Corriette, M.) (Entered: 09/06/2002) |
| 09/12/2002 | 15 | MOTION by Patrick B. Bell, Stop & Shop to Amend [5-1] report 26(f) report (Brief Due 10/3/02) (Candee, D.) (Entered: 09/12/2002) |
| 09/16/2002 |  | ENDORSEMENT granting [15-1] motion to Amend [5-1] 26(f) report 26(f) report, resetting Discovery deadline to 1/15/03 , resetting Dispositive Motions due by 2/15/03 ( signed by Judge Warren W. Eginton) (Candee, D.) (Entered: 09/17/2002) |
| 10/11/2002 | 16 | ORDER of referral to Mag. Judge Holly B. Fitzsimmons for settlement conference (signed by Judge Warren W. Eginton) (Candee, D.) (Entered: 10/11/2002) |
| 10/11/2002 | 17 | Status Conference held ( WWE) (Corriette, M.) (Entered: 10/11/2002) |
| 10/17/2002 | 18 | Calendar and Order re: Settlement Conference to be held by Magistrate Fitzsimmons (signed by Clerk (D'Andrea, S.) (Entered: 10/18/2002) |
| 10/18/2002 | 19 | ORDER re Courtesy Copies: Copies of all filings should be forwarded to chambers (Signed by Mag. Judge Holly B. Fitzsimmons) (D'Andrea, S.) (Entered: 10/21/2002) |
| 01/30/2003 | 20 | MOTION by Stop & Shop for Summary Judgment (Brief Due 2/20/03 ) (Candee, D.) (Entered: 01/31/2003) |
| 01/30/2003 | 21 | MEMORANDUM by Stop & Shop in support of [20-1] motion for Summary Judgment (Candee, D.) (Entered: 01/31/2003) |
| 01/30/2003 | 22 | AFFIDAVIT of Lynn A. Kappelman by Stop & Shop Re [20-1] motion for Summary Judgment by Stop & Shop (Candee, D.) (Entered: 01/31/2003) |
| 01/30/2003 | 23 | AFFIDAVIT of Edward Ruddy by Stop & Shop Re [20-1] motion for Summary Judgment by Stop & Shop (Candee, D.) (Entered: 01/31/2003) |

| | | |
|---|---|---|
| 01/30/2003 | 24 | AFFIDAVIT of Robert Roddy by Stop & Shop Re [20-1] motion for Summary Judgment by Stop & Shop (Candee, D.) (Entered: 01/31/2003) |
| 01/30/2003 | 25 | Settlement Conference held ( HBF) (Kolesnikoff, D.) (Entered: 02/04/2003) |
| 02/05/2003 | 26 | MOTION by Patrick B. Bell to Extend Time to 3/11/03 to file brief in opposition to Motion for Summary Judgment (Candee, D.) (Entered: 02/07/2003) |
| 02/10/2003 | | ENDORSEMENT granting [26-1] motion to Extend Time to 3/11/03 to file brief in opposition to Motion for Summary Judgment, Brief Deadline set for 3/11/03 [20-1] motion for Summary Judgment ( signed by Judge Warren W. Eginton ) (Candee, D.) (Entered: 02/10/2003) |
| 03/11/2003 | 27 | OBJECTION by Patrick B. Bell to [20-1] Motion for Summary Judgment by Stop & Shop (D'Andrea, S.) (Entered: 03/11/2003) |
| 03/11/2003 | 28 | MEMORANDUM by Patrick B. Bell in Opposition to [20-1] Motion for Summary Judgment by Stop & Shop (D'Andrea, S.) (Entered: 03/11/2003) |
| 03/11/2003 | 29 | STATEMENT of Material Facts by Patrick B. Bell Regarding [20-1] Motion for Summary Judgment (D'Andrea, S.) (Entered: 03/11/2003) |
| 03/11/2003 | 30 | AFFIDAVIT of Morris J. Busca by Patrick B. Bell Re [27-1] Objection by Patrick B. Bell, [20-1] Motion for Summary Judgment by Stop & Shop (D'Andrea, S.) (Entered: 03/11/2003) |
| 03/19/2003 | 31 | STATEMENT of Material Facts by Stop & Shop regarding [20-1] motion for Summary Judgment (Candee, D.) (Entered: 03/19/2003) |
| 03/24/2003 | 32 | MOTION by Patrick B. Bell, Stop & Shop to Extend Time to 4/2/03 to file reply brief (Corriette, M.) (Entered: 03/24/2003) |
| 03/25/2003 | | ENDORSEMENT granting [32-1] motion to Extend Time to 4/2/03 to file reply brief, Brief Deadline set for 4/2/03 [20-1] motion for Summary Judgment ( signed by Judge Warren W. Eginton ) (Gutierrez, Y.) (Entered: 03/26/2003) |
| 03/27/2003 | 33 | REPLY by Stop & Shop to response to [20-1] motion for Summary Judgment by Stop & Shop (Candee, D.) (Entered: 03/27/2003) |
| 07/15/2003 | 34 | RULING denying [20-1] motion for Summary Judgment (signed by |

| | | |
|---|---|---|
| | | Judge Warren W. Eginton ) 1 Page(s) (Candee, D.) (Entered: 07/15/2003) |
| 08/27/2003 | 35 | PRETRIAL ORDER setting Jury Trial by 1/19/04 ; Jury Selection by 1/19/04 ( signed by Judge Warren W. Eginton ) (Candee, D.) (Entered: 08/27/2003) |
| 10/30/2003 | 36 | ORDER REASSIGNING CASE. Case reassigned to Judge Ellen Bree Burns for all further proceedings. Judge Warren W. Eginton no longer assigned to case. Signed by Judge Warren W. Eginton on 10/30/2003. (Sanders, C.) (Entered: 10/31/2003) |
| 11/17/2003 | 37 | NOTICE of Appearance by Krista A. Dotson on behalf of Patrick B. Bell (Depino, F.) (Entered: 11/17/2003) |
| 11/19/2003 | 38 | TRIAL BRIEF Estimated trial time not given by Patrick B. Bell. (Depino, F.) (Entered: 11/21/2003) |
| 11/20/2003 | 39 | TRIAL BRIEF by Stop & Shop Supermarket Co. Estimated trial time not given. (Attachments:Exhibit # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 )(Depino, F.) (Entered: 11/21/2003) |
| 11/26/2003 | 40 | MOTION for Stephen Courtney to Withdraw as Attorney by Patrick B. Bell. (Depino, F.) (Entered: 11/26/2003) |
| 12/02/2003 | 41 | Endodorsement ORDER granting 40 Motion to Withdraw as Attorney. Attorney Stephen J. Courtney terminated . Signed by Judge Ellen Bree Burns on 12/2/03. (Warner, R.) (Entered: 12/03/2003) |
| 12/15/2003 | 42 | Amended Submission in Response to Pretrial Order by Stop & Shop Supermarket Co.. (Inferrera, L.) (Entered: 12/15/2003) |
| 01/07/2004 | 43 | MOTION in Limine by Patrick B. Bell.Responses due by 1/28/2004 (Depino, F.) (Entered: 01/08/2004) |
| 01/12/2004 | 44 | MOTION in Limine by Patrick B. Bell.Responses due by 2/2/2004 (Attachments:Exhibit # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4)(Depino, F.) (Entered: 01/13/2004) |
| 01/13/2004 | 45 | AMENDED TRIAL BRIEF by Stop & Shop Supermarket Co.. (Depino, F.) (Entered: 01/14/2004) |
| 01/13/2004 | 46 | Memorandum in Opposition re 44 MOTION in Limine re two proposed exhibits filed by Stop & Shop Supermarket Co..(Depino, F.) (Entered: 01/14/2004) |
| 01/13/2004 | 47 | Memorandum in Opposition re 43 MOTION in Limine re EEOC |

| | | | |
|---|---|---|---|
| | | | Dismissal filed by Stop & Shop Supermarket Co.. (Depino, F.) (Entered: 01/14/2004) |
| 01/13/2004 | | 48 | MOTION in Limine by Stop & Shop Supermarket Co..Responses due by 2/3/2004 (Attachments:Exhibit # 1 )(Depino, F.) (Entered: 01/14/2004) |
| 01/13/2004 | | 49 | MOTION in Limine re testimony based on race by Stop & Shop Supermarket Co..Responses due by 2/3/2004 (Depino, F.) (Entered: 01/14/2004) |
| 01/13/2004 | | 50 | MOTION in Limine to preclude compensatory and punitive damages by Stop & Shop Supermarket Co..Responses due by 2/3/2004 (Depino, F.) (Entered: 01/14/2004) |
| 01/13/2004 | | 51 | SECOND MOTION for Summary Judgment by Stop & Shop Supermarket Co..Responses due by 2/3/2004 (Depino, F.) (Entered: 01/14/2004) |
| 01/13/2004 | | 52 | Memorandum in Support re 51 MOTION for Summary Judgment filed by Stop & Shop Supermarket Co.. (Depino, F.) (Entered: 01/14/2004) |
| 01/13/2004 | | 53 | Statement of Material Facts re 51 MOTION for Summary Judgment filed by Stop & Shop Supermarket Co.. (Depino, F.) (Entered: 01/14/2004) |
| 01/13/2004 | | 54 | MOTION in Limine re time barred claims by Stop & Shop Supermarket Co..Responses due by 2/3/2004 (Attachments: Exhibit # 1 )(Depino, F.) (Entered: 01/14/2004) |
| 01/13/2004 | | 55 | MOTION in Limine re excluding front pay damages by Stop & Shop Supermarket Co..Responses due by 2/3/2004 (Depino, F.) (Entered: 01/14/2004) |
| 01/13/2004 | | 57 | Amended Submission in Response to Pre-Trial Order by Stop & Shop Supermarket Co.. (Attachments: # 1 Exhibit)(Inferrera, L.) (Entered: 01/15/2004) |
| 01/13/2004 | | 58 | Minute Entry for proceedings held before Judge Ellen Bree Burns : Jury Selection held on 1/13/2004. Jury Trial set for 1/20/2004 10:00 AM in Courtroom Three - New Haven before Ellen Bree Burns. (Court Reporters B. Graufield/T. Finkelstein.) (Inferrera, L.) (Entered: 01/16/2004) |
| 01/13/2004 | | 73 | AFFIDAVIT re 52 Memorandum in Support of Motion Signed By Edward Ruddy filed by Stop & Shop Supermarket Co.. (Depino, F.) (Entered: 01/26/2004) |

| | | |
|---|---|---|
| 01/14/2004 | 56 | Endorsement ORDER denying 51 Motion for Summary Judgment. Signed by Judge Ellen Bree Burns on 1/14/04. (Rodko, B.) (Entered: 01/14/2004) |
| 01/16/2004 | 59 | Memorandum in Opposition re 54 MOTION in Limine filed by Patrick B. Bell. (Depino, F.) (Entered: 01/20/2004) |
| 01/20/2004 | 60 | Memorandum in Opposition re 49 MOTION in Limine re Stop and Shop race issue filed by Patrick B. Bell. (Depino, F.) (Entered: 01/21/2004) |
| 01/20/2004 | 61 | Memorandum in Opposition re 50 MOTION in Limine re compensatory and punitive damages filed by Patrick B. Bell. (Depino, F.) (Entered: 01/21/2004) |
| 01/20/2004 | 62 | Memorandum in Opposition re 55 MOTION in Limine re front pay damages filed by Patrick B. Bell. (Depino, F.) (Entered: 01/21/2004) |
| 01/20/2004 | 63 | Memorandum in Opposition re 48 MOTION in Limine re testimony of employees similarly situated filed by Patrick B. Bell. (Depino, F.) (Entered: 01/21/2004) |
| 01/20/2004 | 64 | Minute Entry for proceedings held before Judge Ellen Bree Burns : Jury Trial held on 1/20/2004 Jury Trial Continued Until 1/21/04 @10:00 A.M.. (Court Reporter Falzarano.) (Villano, P.) (Entered: 01/21/2004) |
| 01/21/2004 | 71 | Minute Entry for proceedings held before Judge Ellen Bree Burns : Jury Trial held on 1/21/2004. Jury Trial Continued Until 1/22/04 at 10:00. (Court Reporter C. Castaldi/Falzarano.) (Ruocco, M.) (Entered: 01/23/2004) |
| 01/22/2004 | 72 | Minute Entry for proceedings held before Judge Ellen Bree Burns : Jury Trial held on 1/22/2004. Jury Trial Continued Until 10:00 on 1/23/04. (Court Reporter B. Granfield/Falzarano.) (Ruocco, M.) (Entered: 01/23/2004) |
| 01/23/2004 | 65 | Minute Entry for proceedings held before Judge Ellen Bree Burns : Jury Trial completed on 1/23/2004. (Court Reporter Granfield.) (Depino, F.) (Entered: 01/23/2004) |
| 01/23/2004 | 66 | JURY VERDICT For Defendant Against Plaintiff. (Depino, F.) (Entered: 01/23/2004) |
| 01/23/2004 | 67 | Marked Exhibit List by Patrick B. Bell. (Depino, F.) (Entered: 01/23/2004) |

| | | |
|---|---|---|
| 01/23/2004 | 68 | Marked Exhibit List by Stop & Shop Supermarket Co.. (Depino, F.) (Entered: 01/23/2004) |
| 01/23/2004 | 69 | Court Exhibit List. (Depino, F.) (Entered: 01/23/2004) |
| 01/23/2004 | 70 | Marked Witness List by Patrick B. Bell. (Depino, F.) (Entered: 01/23/2004) |
| 01/26/2004 | 74 | JUDGMENT in favor of defendant against plaintiff. Signed by Clerk on 1/26/04. (Depino, F.) (Entered: 01/27/2004) |
| 01/26/2004 | | ***Civil Case Terminated. (Depino, F.) (Entered: 01/27/2004) |
| 02/27/2004 | 75 | MOTION for Extension of Time to file a notice of appeal by Patrick B. Bell. (Depino, F.) (Entered: 03/04/2004) |
| 02/27/2004 | 76 | NOTICE OF APPEAL as to 74 Judgment by Patrick B. Bell. Filing fee $ 255. Certified copy of docket and copy of NOA mailed to USCA. (Depino, F.) (Entered: 03/05/2004) |
| 03/05/2004 | 77 | ENDORSEMENT ORDER granting 75 Motion for Extension of Time . Signed by Judge Ellen Bree Burns on 3/5/04. (Depino, F.) (Entered: 03/08/2004) |
| 03/08/2004 | | Certified and Transmitted Record on Appeal to US Court of Appeals re 76 Notice of Appeal. (Depino, F.) (Entered: 03/08/2004) |
| 03/08/2004 | | ***Party usca added. (Depino, F.) (Entered: 03/08/2004) |